*Wright v. Raytheon, et al.*
No. 05-cv604 TUC CKJ (JCG)

List of Plaintiff's Exhibits to
Plaintiff's Response to Defendants' Objections to
Magistrate's Order Dated April 19 2006

Exhibit 1, May 11, 2006 letter from Timothy Hyland to Barry Kirschner

Exhibit 2, designated pages from Administrative Record (AR)
    ML/WRIGHT 0157-58
    ML/WRIGHT 0431
    ML/WRIGHT 0444 which renumbers AR Met00162 in Wright's Brief
    ML/WRIGHT 0446-47 which renumbers AR Met00164 and 165 in Wright's Brief

Exhibit 3, Defendants stipulated facts from *Frost v. Metropolitan Life*

Exhibit 4, declaration of Robert Porter