OCT-26-04    10:26AM    FROM-ACP\Casas Adobes Family Practice 5205457761    041026F07007    T-692    P.002/003    F-337



## Arizona Community Physicians

CASAS ADOBES Family Practice

BRAD BARNETT, M.D.                MARILYN HART, M.D.

October 18, 2004

Patricia Kinney
Case Management Specialist
Disability Claims
Fax: 800-230-9531

RE: Wright, Alan
DOB: 03/08/48

Dear Patricia,

I have received a copy of the letter you sent to Mr. Wright which documents Met Life's denial of short term disability benefits to my patient. I am gravely disturbed by your misrepresentation of the facts with regard to my discussion with your independent physician consultant and your lack of due diligence in collecting further medical information regarding Mr. Wright's health condition. You indicate in your letter that "it was concluded that you are out of work primarily due to work related stress." I spent over 30 minutes on the phone with your independent physician consultant explaining that this was definitely not the case. Indeed, this consultant seemed to have had a preconceived notion that stress was why the patient was out of work and that there was no cardiovascular disease contributing. I very clearly explained that this was not the case. Indeed, Mr. Wright has ongoing cardiac disease including ischemia and loss of function due to previous myocardial infarctions. Each time I expressed this belief to your consultant, she would return to the fact that she felt that stress must be the major issue that was keeping him out of work. This was despite the fact that she has never met nor examined Mr. Wright, but clearly was operating under some direction from your corporation to come to this conclusion. Furthermore, I carefully explained to your physician that Mr. Wright has nonunion of the sternum resulting in severe pain and dysfunction, markedly limiting his physical capabilities and contributing to his disability, and yet you fail to mention that at all in your note. Indeed, I am not sure that you are even aware of Mr. Wright's work responsibilities which include a fair number of physical activities involving files and guides which must be retrieved from various file cabinets and shelves and may involve stooping, squatting, or other activities which would be very painful, if not impossible, due to the patient's chest wall

5880 N. La Cholla Blvd., Suite 150
Tucson, AZ 85704
(520) 751-3602
Fax (520) 547-5761
www.azacp.com


EXHIBIT 1

ML/WRIGHT 0157

OCT-26-04    10:27AM    FROM-ACP\Casas Adobes Family Practice 5205475701    041026F07007    T-692    P.003/003    F-337

RE: Wright, Alan
DOB: 03/08/48
October 18, 2004
Page Two

pain due to his sternum nonunion. He also is required to walk regularly in distances in excess of 200 yards, and as I will explain in a moment, he recently has demonstrated his inability to do prolonged walking. While on the subject of his work activities, it is also important for you to understand that his work requires him to maintain focus and clarity of thought as he reviews contracts and interprets them with regard to security instructions which are communicated to subcontractors via the Department of Defense Security Instruction DD form 245. Medications which his condition requires that he take certainly risk impairing this focus and clarity of thought and further contributed to his disability.

I mentioned above that I would comment on his limited ability to walk. This relates to a treadmill stress test he underwent with Dr. Citron on 10/15/04. In that stress test, the patient did quite poorly, was only able to walk for 3 minutes and 46 seconds and developed a maximum blood pressure of 200/66 with a maximum pressure rate product of 22,200. Because of this marked inability to exercise due to poor cardiac function, the test was nondiagnostic with regard to ischemia. Resting EKG did show evidence of previous infarctions both inferior and anterior. With regard to Dr. Citron, your letter does not mention him at all certainly showing a lack of due diligence with respect to investigating the patient's medical condition and need for medical disability.

Having practiced medicine in excess of 20 years and dealt with many cases of medical disability, I am quite disappointed in the lack of professionalism and concern for your client and my patient, Alan Wright, which you demonstrate in your letter of 10/13/04. Once again, as I carefully and clearly elucidated to your independent physician consultant at the time of our phone conversation, I strongly and unequivocally support Mr. Alan Wright's application for disability on the basis of his ischemic heart disease, nonunion of sternum resulting in chest wall pain, and severe situational stress related to the workplace, i.e., post traumatic stress disorder. Furthermore, I have instructed him if his appeal is not handled in a much more professional manner by your organization, then he certainly would be well served by retaining an attorney to file civil action under 502 of The Employee Retirement Income Security Act of 1974.

Sincerely,

Bradley Barnett, M.D.

ML/WRIGHT 0158

## 050519F09112

PATIENT:   WRIGHT, ALAN
DATE:      05/11/05
PULMONARY FUNCTION REPORT:
     Pulmonary functions consist of spirometry, lung volumes, and diffusion. Spirometry shows a vital capacity of 3.10 liters, which is 62% of predicted. The $FEV_1$ is 1.87 liters, which is 53% of predicted, and the $FEF_{25.75}$ is 49% of predicted. These values indicate a moderate restrictive lung impairment. There is also a very mild degree of airflow obstruction at the level of small airways. After administration of bronchodilator, there is no improvement in airflow. Examination of the flow volume loops indicate some flattening of the expiratory and inspiratory limbs. This pattern can indicate intrathoracic airway obstruction. Lung volumes confirm a significant restrictive lung impairment with a total lung capacity of 52% of predicted and the residual volume 26% of predicted. Diffusion is markedly reduced but it does correct for alveolar volume. This indicates that the decrease in diffusion is directly related to the reduced alveolar volume within the thorax. In summary, there is a moderate severity in restrictive lung impairment and a very mild airflow obstruction present on pulmonary function tests. In addition, consideration should be given to a fixed intrathoracic airway obstruction given the shape of a flow volume curve.

_____
Scott Bronnimann, M.D.
SB/mg
cc:    Brad Barnett, M.D.
       Barry Kirschner, J.D.

ML/WRIGHT 0431

**050616F08462**



*Elite Physicians®,*
*Ltd.*

A Subsidiary of
**NMR**

*Providers of*
*Evidence-Based*
*Medical Reports*

:

*6778 Mill Road*
*Rockford, Illinois 61108*

*Phone: 815-399-5180*
*Fax: 815-399-5437*

*E-Mail:*
*Info@elitephysicians.com*

*Visit our website*
*www.nmrco.com*



June 14, 2005


Ms. Michele McCann
Metlife Insurance
5950 Airport Road
Oriskany, NY  13424

| | |
|---|---|
| **RE:** | **Alan Wright** |
| **CLAIM #:** | **270409108247** |
| **SS #:** | **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** |
| **NMR #:** | **D42839.01** |
| **JOB:** | **Sr. Industrial Security Specialist** |
| **DOB:** | **03/08/48** |
| **EMPLOYER:** | **Raytheon** |
| **DIS. DATE:** | **09/10/04** |
| **REF. DATE:** | **06/02/05** |
| **DIAG:** | **CAD Non Union of the sternum** |
| **VENDOR TX:** | **364041877** |

Dear Ms. McCann,

Thank you for referring this file for review to determine Mr. Wright's level of functionality. Specific issues will be addressed at the end of the report.

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| CLAIM LOG | | 09/13/04-05/25/05 | 1-13 |
| PROG NOTES | Arizona Community Physicians | 12/08/95-03/25/05 | 14-67 |
| PROG NOTES | GHMA Medical Centers | 12/08/95-10/22/96 | 68-69 |
| PROG NOTES | Tucson Medical Center | 08/31/00-04/17/02 | 70-93 |
| PROG NOTES | ? | 09/10/02-08/13/04 | 94-96 |
| PROG NOTES | Sarver Heart Center | 12/30/02-04/01/03 | 97-98 |
| PROG NOTES | Scott Brommimann, M.D. | 04/27/05-05/11/05 | 99-102 |
| FILE REVIEW | Amy Hopkins, M.D. | 10/04/04 | 102-103 |
| LAB | | 05/20/00-04/20/04 | 104-116 |
| X-RAYS | | 10/01/96-10/25/02 | 117-132 |
| CT/MRI | | 11/29/02- | 133 |
| OTHER TESTS | | 01/15/96-11/16/04 | 134-158 |
| JOB | | | 159 |
| BILLING | | 06/01/03-11/17/04 | 160-165 |
| MISC | | 10/20/04 | 166-215 |

ML/WRIGHT 0443

06/16/2005 THU 14:16  FAX 815 399 5437 NMR ELITE PHYSICIANS →→→ METLIFE NY-ACS      ⓘ003/006

050616F08462



RE: Alan Wright                                              NMR#: D42839.01
Page 2                                                       June 14, 2005

**ASSESSMENT:** A thorough review of the submitted medical information has been completed. Mr. Wright is a 57-year-old senior industrial security specialist who has a history of inferior wall myocardial infarction at the age of 36, surgical coronary revascularization (CABG) on two occasions, in 1996 and next in 2002.

In the interval between these two procedures, Mr. Wright underwent percutaneous coronary revascularization on several occasions. Mr. Wright also had surgical nonunion of the sternum following his last bypass procedure. He has continued to complain of chest pain, which has never been documented to be representative of myocardial ischemia on any studies. The chest discomfort is typically rest related, and has variably been described as anginal and non-anginal. Very significant comorbidities include morbid obesity with weight of 260 pounds at the time of first bypass surgery, now being approximately 280 to 300 pounds. As a consequence, Mr. Wright has limited exercise tolerance, limited lung capacity, and has been extremely depressed. He has been treated for anxiety and depression, but has not had ongoing psychiatric care.

Objective information is sparse in these records. On a recent stress test, test was ended due to dyspnea and fatigue. Mr. Wright's exercise capacity was limited to 3.46 minutes on the Bruce Protocol, achieving workload of 4.6 mets, representing only a small decrease in exercise time from prior test 6/21/02. The last index of left ventricular function is dated 5/22/03; an echocardiogram at that time was performed described as showing normal left ventricular systolic function with no segmental wall motion abnormalities and an estimated ejection fraction of 50% to 60%. The nuclear imaging study (adenosine dual isotope myocardial perfusion scan) dated 7/15/02 indicates inferolateral wall myocardial infarction, no evidence of peri-infarct ischemia, or other findings of myocardial ischemia. There was hypokinesia of the proximal one half of the inferior wall but with ejection fraction of 50% described as "preserved" and with "normal contractility."

The most recent medical record available is that of Mr. Wright's pulmonary specialist, Dr. Scott Bronnimann. Dr. Bronnimann ordered pulmonary function studies, which were performed on 5/11/05. These showed moderate severity restrictive lung impairment and very mild airflow obstruction on pulmonary function testing. The diffusion capacity was reduced but corrected normally for alveolar volume. Bronchodilators did not improve airflow; thus indicating the findings were consistent with moderate restrictive lung impairments due to Mr. Wright's physical size, who also "has marked reduced exercise capability due to his clinical size ........" A diagnosis of sleep apnea was being obtained but has not been confirmed.

On the basis of the information provided, records suggest Mr. Wright to have limitations in exercise capacity that are largely related to deconditioning and morbid obesity; the degree to which moderate restrictive lung disease plays a role relates to the morbid obesity. There is no evidence of congestive heart failure in the record, no evidence of myocardial ischemia, and no evidence of rhythm disturbance or syncope. The chest discomfort that Mr. Wright complains of is atypical, has never been demonstrated to be ischemic since the time of the second bypass surgery, may relate to the surgical nonunion, which can limit exercise capacity in itself.

Mr. Wright's occupation is described as sedentary. Mr. Wright had self-described himself as becoming extremely tired at work, constantly worrying, was observed to be anxious; this has been

06/16/2005 THU 14:17  FAX 815 399 5437 NMR ELITE PHYSICIANS →→→ METLIFE NY-ACS      ☒004/006

**050616F08462**



RE: Alan Wright                                                        NMR#: D42839.01
Page 3                                                                 June 14, 2005

reinforced by his treating physician, Dr. Barnett. Stress management has been recommended but has not been noted to have been accomplished.

From a cardiovascular standpoint, Mr. Wright has minimal-to-no impairment on the basis of objective findings. Left ventricular function is well preserved; no evidence of right heart failure is described. There is no evidence of significant rhythm disturbance, and although Mr. Wright does complain of chest discomfort, this is largely chest wall pain. No evidence of myocardial ischemia is demonstrated following revascularization.

Therefore, from a purely cardiovascular standpoint, there are no specific limitations of function related to Mr. Wright's impairments. Morbid obesity, deconditioning, and severe anxiety/depression with inability to handle stress may pose significant limitations for Mr. Wright, but none of these are directly cardiovascular in nature. There are no specific safety restrictions to be imposed on Mr. Wright due to cardiovascular disease.

**TELECONFERENCE:** A teleconference was conducted with Dr. Citron, the treating cardiologist of Mr. Wright, on 6/6/05. Dr. Citron was quite conversant with information regarding Mr. Wright, as he cared for him for many years. We discussed Mr. Wright's medical problems. We agreed that Mr. Wright has near-normal left ventricular function, no evidence of myocardial ischemia, and indications are stable from a cardiologist standpoint at present. Dr. Citron then shared that other comorbidities, such as Mr. Wright's morbid obesity and restricted lung volumes, as well as his anxiety and depression, are important factors to consider, with which this reviewer would concur.

Finally, on a cardiovascular basis, both Dr. Citron and I concluded that Mr. Wright, on the basis of available objective medical information, cannot be stated to be totally unable to work.

On 6/03/05, a call was made to the office of Dr. Barnett, Mr. Wright's treating family physician, @ 520-751-3602; per Melissa his hours are Monday-Friday 8:00am-5:00pm PST. A teleconference was conducted with Dr. Barnett, on 6/6/05. Dr. Barnett was very conversant with Mr. Wright's medical condition. I informed him that I had already spoken to Dr. Citron, Mr. Wright's treating cardiologist and reviewed the medical record with him. We both agreed that Mr. Wright has morbid obesity, and as a consequence is severely deconditioned and has a restrictive lung defect. He has also experienced anxiety and depression.

As regards to his cardiovascular status, it was Dr. Barnett's feeling that Mr. Wright does have a "mild ischemic cardiomyopathy," but that he did not have any further information that would qualify it as disabling. He did state that Mr. Wright, when in the workplace, had complaints of chest discomfort, at least some of which was related to the nonunion of the sternum.

In summary, we discussed the possibility that if Mr. Wright still feels unable to work, pulmonary/restrictive lung disease or anxiety/depression perspectives may be more relevant than cardiovascular issues in this case.

MI AWRIGHT 0445

06/16/2005 THU 14:17  FAX 815 399 5437 NMR ELITE PHYSICIANS →→→ METLIFE NY-ACS        ☒005/006

**050616F08462**

RE: Alan Wright                                                      NMR#: D42839.01
Page 4                                                              June 14, 2005

## IN ANSWER TO YOUR SPECIFIC QUESTIONS:

1. **MetLife's focus is on defining our claimant's functionality and abilities. Please define Mr. Wright's current level of functionality based on your review of all material provided, medical documentation and/or physical examination according to DOT physical demands.**

From a cardiovascular standpoint, there is no evidence of significant left ventricular dysfunction, no evidence of myocardial ischemia, and no evidence of significant rhythm disturbance. Thus, from a cardiovascular standpoint, Mr. Wright has little or no limitations to functionality and abilities. The morbid obesity and restrictive lung disease imposed upon Mr. Wright by his morbid obesity, as well as the significant history of anxiety and depression, may be limiting, but these issues are beyond the scope of this reviewer's specialty. From a cardiac perspective only, he could perform medium work.

2. **Are symptoms and impairments substantiated by objective clinical findings?**

No, from a cardiovascular standpoint, symptoms and impairments are not substantiated by objective clinical findings.

3. **Are impairments severe enough to cause functional limitations to support claimant's inability to perform sedentary job duties from 09/09/04 to the present?**

From a cardiovascular standpoint, Mr. Wright has no significant functional limitations that would support his inability to perform sedentary job duties.

4. **Do you agree with Mr. Wright's PCP that claimant is unable to perform any occupation at this time, and that he does not have any potential of return to work in the future?**

No, from a cardiovascular perspective, Mr. Wright retains nearly normal left ventricular function, has no evidence of myocardial ischemia, and has no significant rhythm disturbances and has not been shown to be unable to work. His limitations are predominantly related to morbid obesity, anxiety, and depression. These are beyond the scope of this review.

Sincerely,

Michael J. Rosenberg, M.D.
Board Certified Internal Medicine
Board Certified Cardiology
Board Certified Interventional Cardiology
Member, National Emergency Care Committee
Of American College of Cardiology
Assistant Clinical Professor of Medicine,
   University of Chicago IL. License # 036-056173

ML/WRIGHT 0446

06/16/2005 THU 14:17  FAX 815 399 5437 NMR ELITE PHYSICIANS →→→ METLIFE NY-ACS          ☑006/006

050616F08462

D42839.01

## CARDIAC FUNCTIONAL CAPACITY ASSESSMENT

Patient Name: Alan Wright          Birth Date:          Claim ID Number:

☐ AHA **FUNCTIONAL** Classification: ___ I  X II ___ III ___ IV

☐ AHA **THERAPEUTIC** Classification: ___ A  X B ___ C ___ D ___ E

Based upon the AHA Cardiac Classification indicated above, please indicate the physical demand level at which the patient is capable of functioning:

| Physical Demand Level | Occasional (0-33% of the work day) | Frequent (34-66% of he work day) | Constant (67-100% of The work day) | Typical Energy Required |
|---|---|---|---|---|
| ☐ NONE | Not capable of | function at the | exertional | levels presented |
| ☐ SEDENTARY | 10 lbs | Negligible | Negligible | 1.5-2.1 METS |
| ☐ LIGHT | 20 lbs | 10 lbs and/or walk/stand push/pull of arm & leg controls | Negligible and/or push/pull arm & leg controls while seated | 2.2-3.5 METS |
| X MEDIUM | 50 lbs | 20 lbs | 10 lbs | 3.6-6.3 METS |
| ☐ HEAVY | 100 lbs | 50 lbs | 20 lbs | 6.4-7.5 METS |
| ☐ VERY HEAVY | Over 100 lbs | Over 50 lbs | Over 20 lbs | Over 7.5 METS |

Indicate any additional restrictions or limitations based upon the objectively documented evidence on record.

Other co·morbidities, such as- morbid obesity
- restrictive lung dis
- Anxiety depression

Are separate considerations

| Print Name: MICHAEL J. ROSENBERG | Date: 6·6·05 |
|---|---|
| Phone No.: (     ) | Signature: |
| Fax No.: (     ) | |

This evaluation is based solely upon the medical records available at the time of this review, which includes clinical evaluations, diagnostic test results and objective medical data. The reviewer did *not* examine the patient. In addition, the reviewer has completed this form in association with the definitions regarding the various categories contained herein. (see attached)

7 ·J   +010·0M                    190701NWPA HP1   WWPC·9  C007 '7 'Unr

WI WRIGHT 0447