**Exhibits to Statement of Facts in Support of Defendant's Motion for Summary Judgment**

**Wright v. Raytheon**
**CIV 05-604 TUC CKJ (JCG)**

**EXHIBIT 1**

**Diary Review - Report**

Claim #: 270409108247     Name: ALAN WRIGHT

Status: Declined

Nov 16, 2005

Page 1 of 23

| Clm #: 270409108247 | Owner Id: U129 | Report #: 106324 | Plan: D005 | Subpoint: MS03 |
| SSN: 549-74-341? | Dt Last Wrk: | Cov: 8200 | Subcode: D048 | GM Plant: |

[8MET] - On 09/10/2004 14:02 - For 270409108247

PayCenter CalleNO

[8MET] - On 09/10/2004 14:02 - For 270409108247

Mil Pnsn-NO

[8MET] - On 09/10/2004 14:02 - For 270409108247

EE Email-AKWRIGHT@COMCAST.NET

[8MET] - On 09/10/2004 14:02 - For 270409108247

BusSeg-INFORMATION SECURITY

[8MET] - On 09/10/2004 14:02 - For 270409108247

Coll Brgn-NO

[8MET] On 09/10/2004 14:02 - For 270409108247

Badge-HMTK3934

[8MET] - On 09/10/2004 14:02 - For 270409108247

Dsbl Start-9-10-2004

[8MET] - On 09/10/2004 14:02 - For 270409108247

VacPay UNSURE

[8MET] - On 09/10/2004 14:02  For 270409108247

PHY PHONE      520-751-3602

[8MET] - On 09/10/2004 14:02 - For 270409108247

PHYSICIAN NAME  BARNETT

[8MET] - On 09/10/2004 14:02 - For 270409108247

PHY FAX      520-547-5731

[8MET] On 09/10/2004 14:02 - For 270409108247

FACILITY    ARIZONA COMMUNITY PHYSICIANS

[8MET] - On 09/10/2004 14:02 - For 270409108247

EMPLR PHONE NUM  520-794-8586

[8MET] - On 09/10/2004 14:02 - For 270409108247

SUPV PHONE NUM  520-794-7585



Diary Review - Report

Claim # 270409108247     Name: ALAN WRIGHT

Status: Declined

[8MET] - On 09/10/2004 14:02 - For 270409108247

SUPV NAME     WILLIAM R BERRY

[8MET] - On 09/10/2004 14:02 - For 270409108247

AUTO N OTHER

[8MET] - On 09/10/2004 14:02 - For 270409108247

HOURS/WEEK  0040

[8MET] - On 09/10/2004 14:02 - For 270409108247

TIME RPTD     13:30:45

[8MET] - On 09/10/2004 14:02 - For 270409108247

REP NAME     T5012668

[8MET] - On 09/10/2004 14:02 - For 270409108247

DATE KEYED     09/10/2004

[8MET] - On 09/10/2004 14:02 - For 270409108247

UPDATED BY     T5012668

[8MET] - On 09/10/2004 14:02 - For 270409108247

DATE UPDATED     09/10/2004

[8MET] - On 09/10/2004 14:02 - For 270409108247

TIME UPDATED     14:00:20

[8MET] - On 09/10/2004 14:02 - For 270409108247

WORK DESCRIPTION  SENIOR SECURITY SPECIALTY

[8MET] - On 09/10/2004 14:02 - For 270409108247

WORK PREVENTED BY DIFFICULTY BREATHING

[8MET] - On 09/10/2004 14:02 - For 270409108247

MEDICAL DIAGNOSIS CORONARY ARTERY DISEASE, DEPRESSION

[8MET] - On 09/10/2004 14:02 - For 270409108247

CALLER PHONE NUM  520-544-0469

[8MET] - On 09/10/2004 14:02 - For 270409108247

CALLER NAME     ALAN WRIGHT

[8MET] - On 09/10/2004 14:02 - For 270409108247

SUBSIDIARY  RAYTHEON MISSILE SYSTEMS

**Diary Review - Report**

Claim #: 270409108247    Name  ALAN WRIGHT

Nov 16, 2005

Status:  Declined

Page 3 of 23

[8MET] - On 09/10/2004 14:02 - For 270409108247

REPORT ID                51

[8MET] - On 09/10/2004 14:02 - For 270409108247

EMPLOYMENT STATUS Active

[8MET] - On 09/10/2004 14:02 - For 270409108247

DATE LOADED 09/10/04

[8MET] - On 09/10/2004 14:02 - For 270409108247

TIME LOADED 14:01:20

[8MET] - On 09/10/2004 14:02 - For 270409108247

CSC COMMENTS      EE UNSURE IF WILL RTW

[8MET] - On 09/10/2004 14:02 - For 270409108247

PLANT          02

[8MET] - On 09/10/2004 14:02 - For 270409108247
Call-Up For: [U061] - On 09/10/2004    Call-Up Complete. [U061] - On 09/13/2004
POSSIBLE RECURRENT CLAIM

[8MET] - On 09/10/2004 14:02 - For 270409108247
Call-Up For: [U061] - On 09/10/2004    Call-Up Complete  [U061] - On 09/13/2004
NEW CLAIM ADDED BY CSC TO TELE

[UB83] - On 09/10/2004 14:48 - For 270409108247
Call-Up For: [U061] - On 09/17/2004    Call-Up Complete  [U061] - On 09/17/2004
CU TO FU KCP E-MAIL/FU SIGNED AUTHORIZATION

[UB83] - On 09/10/2004 14:48 - For 270409108247
Call-Up For: [U447] - On 09/22/2004    Call-Up Complete  [U003] - On 09/21/2004
CU INTL RTW REVIEW

[UB83] - On 09/10/2004 14:48 - For 270409108247
Call-Up For: [U061] - On 01/24/2005    Call-Up Complete  [U061] - On 01/21/2005
CU TO FU LTD PACKET/REQUEST ETE

[UB83] - On 09/10/2004 14:49 - For 270409108247
Call-Up For: [U061] - On 12/15/2004    Call-Up Complete  [U061] - On 12/14/2004
CU TO FU COMPLETE EPTO TRACKING SHEET

[UB83] - On 09/10/2004 14:49 - For 270409108247
Call-Up For: [U061] - On 01/24/2005    Call-Up Complete  [U061] - On 01/21/2005
CU TO FU COMPLETE EPTO TRACKING SHEET

[UB83] - On 09/10/2004 14:49 - For 270409108247
Call-Up For: [U061] - On 02/14/2005    Call-Up Complete  [U061] - On 01/21/2005
CU TO FU COMPLETE EPTO TRACKING SHEET

[U061] - On 09/13/2004 08:34 - For 270409108247

CASE MANAGEMENT NOTES-RECURRENCY RULED OUT, PREVIOUS CLAIM 4/14/04
RETURNED TO WORK WITH NO RESTRICTIONS, DX: KIDNEY INFECTION.
EE OUT OF WORK IN JULY 2004 FOR BACK DISORDER AND CLAIM DENIED

ML/WRIGHT0102

Diary Review - Report

Claim #: 270409108247    Name: ALAN WRIGHT

Status: Declined

[U061] - On 09/13/2004 08:34 - For 270409108247

AS MEDICAL DID NOT SUPPORT BEYOND WP. PKINNEY

[U061] - On 09/13/2004 08:38 - For 270409108247

COVERAGE VERIFICATION COMPLETED;
DOH 070984. 100% STD INS AND 60% LTD INS. WEEKLY SALARY $1265.60.
CHS-TUCSON. CO CODE 105. EE ID# HMTK3934. 27 EPTO DAYS. NO ADDL
TAXES W/H. NO SHIFT DIFF. PKINNEY

[U061] - On 09/13/2004 11:48 - For 270409108247

INITIAL INTERVIEW WITH SUPV BILL BERRY;
1.YOUR TITLE: SUPERVISOR
2. EMPLOYEE'S LAST DATE WORKED: 09/09/04.
3. PTO/SICK LEAVE/VACATION TAKEN: PTO FOR 09/10/04
4. EMPLOYEE'S JOB TITLE AND DUTIES: SR SECURITY SPEC.
5. JOB SETTING: OFFICE
6. DESCRIPTION OF TOOLS/MACHINES USED: NONE
7. PROTECTIVE CLOTHING/GEAR: NONE
8. AMT OF SIT/STAND/WALK: MOSTLY SITTING-PAPER PUSHING JOB. WORKS AT
COMPUTER. SENDS EMAILS.
9. LIFTING REQUIREMENTS/LIFTING ASSISTANCE/FREQUENCY:  NO ONLY
MANUALS WHICH WEIGHT 1 LB.
10. WAS EMPLOYEE WORKING WITH RESTRICTIONS/DIFFICULTY PRIOR TO LAST
DATE WORKED: NO; ON-GOING HEALTH PROBLEM.
11. CAN JOB BE ACCOMMODATED FOR RESTRICTIONS: WORK/TEMP.
ASSIGNMENTS: NOT REALLY AS JOB IS SEDENTARY.
12. HAVE OTHER EMPLOYEES' MEDICAL RESTRICTIONS BEEN ACCOMMODATED IN
THE PAST: N/A
13. HOW IS JOB BEING PERFORMED NOW: OTHER WORKERS.
14. IS THE EMPLOYEE'S ABSENCE WORK REALTED OR AN ACCIDENT: NO
15. DID THE EMPLOYEE HAVE ANY ATTENDANCE ISSUES: NO
16. DO YOU HAVE RETURN TO WORK INFORMATION ON THE EMPLOYEE: UNKNOWN
AT THIS TIME.
17. EMAIL OR FAX # FOR ETE COMPLETION: WRBERRY@RAYTHEON.COM.
PKINNEY

[U061] - On 09/13/2004 11:49 - For 270409108247

E-MAIL SENT TO SUPV;
REQUESTED ER STATEMENT BE COMPLETED AND RETURNED. P KINNEY

[U061] - On 09/13/2004 14:52 - For 270409108247

CALL TO DR BARNETT-PCP; T#520-751-3602 AND FAX #520-547-5761;
TRANSFERRED TO MEDICAL RECORDS. ON HOLD FOR SEVERAL MINUTES AND
CALL WAS DISCONNECTED BY AP OFFICE. WILL CALL OFFICE AGAIN. PKINNEY

[U061] - On 09/13/2004 14:55 - For 270409108247

VOICE MAIL LEFT FOR EE;
ADVISED EE WE ARE WORKING ON HIS DISABILITY CLAIM AND ASKED EE TO
RETURN OUR CALL. LEFT EE OUR 800 NUMBER. ALSO ASKED EE TO COMPLETE
HIPAA FORM AND RETURN TO US. P KINNEY

[U061] - On 09/13/2004 15:00 - For 270409108247

CALL TO DR BARNETT-PCP; T#520-751-3602 AND FAX #520-547-5761;
TRANSFERRED TO MEDICAL RECORDS. SPOKE WITH TANDY. SHE STATED EE WAS
SEEN ON 091004 FOR A F/U FOR CARDIAC PROBLEMS. ASKED IF EE SEEN FOR
DEPRESSION AND SHE STATED SHE IS NOT SURE AS DICTATION IS NOT BACK
YET. ADVISED WE WILL SEND FAX TO HER ATTN AND SHE SAID THAT WAS
FINE. P KINNEY

Diary Review - Report

Claim #: 270409108247     Name: ALAN WRIGHT

Status:  Declined

[U06*] - On 09/13/2004 15 00 - For 270409108247

_____

[UZ56] - On 09/13/2004 15:05 - For 270409108247
Call-Up For  [URCQ] - On 09/13/200   Call-Up Complete:  [U061] - On 09/13/2004
CRC: CALL BACK REQUEST TO:U061

TRN EE TO CM FOR INTERVIEW NO NEEDS LISTED. CM PICKED UP.

[U061] - On 09/13/2004 15:29 - For 270409108247

INITIAL INTERVIEW WITH EE;
1. LDW/FDD/(PRE-X?): 09/09/04 AND FDD 09/10/04.
2. PTO/VACATION/HOLIDAY TAKEN: NO.
3. SPECIFIC DX AND SYMPTOMS: CHRONIC PAIN FROM NON-CLOSURE OF HIS CHEST.
4. DATES/TYPES OF TREATMENT/TESTING/RESULTS: N/A.
5. DATE/TYPE OF SURGERY/PROCEDURE: N/A.
6. ER/IN/OUT PATIENT: N/A.
7. DATES OF HOSPITALIZATION: N/A.
8. NAME/# OF HOSPITAL: N/A.
9. DATES OF TREATMENT SINCE D/C: N/A.
10. NEXT DATE OF TREATMENT: LATER THIS MONTH.
11. NAME AND DOSE OF MEDS: ALTACE 10MG, FUROSEMIDE 40 MG, LIPITOR 20 MG, ATENOLOL 25 MG, POTASSIUM 20 MEQ ER TABS, WELLBUTRIN 200 MG, ASPIRIN 325 MG.
12. RTW DATE/PLAN: NEVER.  STATES AP IS COMPLETING FORMS FOR PERMANENT DISABILITY AND SSDI.
13. OTHER MEDICAL CONDITIONS: HYPERTENSION, DEPRESSION, CORONARY ARTERY DISEASE.
14. PAST DISAB OCCURRENCES: EE HA HAD TWO PREVIOUS BYPASS SURGERIES. FIRST SURGERY WAS 3-4 YEARS AGO AND AND 2ND ONE WAS 1 YEARS AGO.
15. TREATMENT PLAN: NO WORK.
16. REFERRAL INFO TO OTHER AP: EE HAS SEEN PSYCHIATRIST AND PSYCHOLOGIST BUT JUST SEENS DR. BARNETT.  STATED WE ONLY NEED TO CONTACT DR. BARNETT.
17. ERTW DATE: NEVER. 18. WC/ACCIDENT/POLICE REPORT: NO. CONT..

[U061] - On 09/13/2004 15 30 - For 270409108247

INITIAL INTERVIEW WITH EE CONT;
19. COMPLICATIONS WITH SURGERY/RECOVERY/MEDS: EE STATES HE CAN ONLY WALK 50 YARDS AND THEN IS BREATHING IS VERY BAD AND ALSO HE TIRES EASILY.
20. DOMINANT ARM/AFFECTED EXTREMITY: N/A.
21. JOB TITLE AND DESC. OF DUTIES: SR. SECURITY SPEC.
22. JOB SETTING: OFFICE.
23. JOB DUTIES ABLE/UNABLE TO PERFORM: ALL.
24. DESC. OF TOOLS/MACHINES USED: COMPUTER.
25. PROTECTIVE CLOTHING/GEAR: NO.
26. AMT OF SIT/STAND/WALK: 75% OF THE DAY SITTING AND THE REST WALKING TO FILE CABINETS.
27. LIFTING REQUIREMENTS/LIFTING ASSISTANCE: FILES NOTHING THAT WEIGHS OVER 5 LBS.
28. WORKING WITH RESTX/DIFFICULTY PRIOR TO LDW: NO.
29. CAN JOB BE ACCOM'D FOR RESTX'D WORK/OTHERS ACCOM'D: N/A.
30. ADDITIONAL TRAINING/CERTIFICATIONS: NO.
31. CHANGE IN HOBBIES/AT HOME ACTIVITIES: NO.
32. OTHER INCOME/OTHER JOB: NO.
33. AUTH TO APO: HAS NOT RECD YET..
ADVISED EE WE NEED MEDICAL DOCUMENTATION AND OUR MEDICAL STAFF WILL REVIEW MEDICAL ONCE IT IS RECD FROM DR BARNETT. ADVISED EE WE WILL REQUEST THAT HE 3-4 MONTHS OF MEDICAL DOCUMENTATION SUCH AS OFFICE NOTES AND ANY TEST RESULTS. P KINNEY

Diary Review - Report

Claim #: 270409108247    Name  ALAN WRIGHT

Status:  Declined

[8EDI] - On 09/14/2004 05:00 - For 270409108247
Call-Up For  [U061] - On 09/14/2004    Call-Up Complete  [U061] - On 09/14/2004
ACTION ITEM - NRD: 09/28/2004 - NRD 9/28/04- LTIT WILL REVIEW POA AN
D RTW POTENTIAL.

[U061] - On 09/14/2004 15:18 - For 270409108247

EE STATEMENT RECD;
EE DOES ADMINISTRATIVE WORK ONLY. DATA ENTRIES INTO PERSONAL
COMPUTER, REVIEWING FORMS, PHONE CALLS, FILING.
NO LIFTING.
LIMITED STANDING, WALKING, BENDING, REACHING ABOVE SHOULDER LEVEL.
CONSTANT SITTING AND COMPUTER USE.
EE WORKS AT DESK IN AIR CONDITIONED OFFICE SPACE.
NO JOB ACCOMMODATIONS ARE POSSIBLE. P KINNEY

[ACS1] - On 09/15/2004 12:31 - For 270409108247

OGC INDEX DCN 040914024149

[U061] - On 09/17/2004 09:07 - For 270409108247
Call-Up For  [U148] - On 09/17/2004    Call-Up Complete  [U148] - On 09/17/2004
REFERRAL TO MANAGER- INITIAL STD ACTION PLAN;
EE IS A 56 YR OLD MARRIED MALE WHO WORKS AS A SR INDUSTRIAL SECURITY
SPECIALIST; DOH 070984 AND DLW 090904. EE HAS INDICATED A DX OF
CORONARY ARTERY DISEASE AND DEPRESSION. WE HAVE REQUESTED MEDICAL
FROM BARNETT-PCP. EE INDICATED AP HAS INDICATED EE IS PERMANENTLY
DISABLED AND WILL NOT RTW. WILL F/U FOR MEDICAL FROM PCP. FEEL CLAIM
SHOULD BE DENIED FOR FAILURE TO SUBMIT MEDICAL. WILL CALL AND ADVISE
EE AND ALSO SEND EMAIL NOTIFICATION AND LETTER TO EE. PLEASE REVIEW.
P KINNEY

[ACS1] - On 09/17/2004 10:03 - For 270409108247

OGC INDEX DCN 040916017759

[U148] - On 09/17/2004 12:30 - For 270409108247
Call-Up For  [U061] - On 09/17/2004    Call-Up Complete  [U061] - On 09/20/2004
MANAGER REPLY
AGREE WITH PLAN. CONSIDER IPC WHEN INFO IS RECEIVED. MICHELE ZAJAC

[U061] - On 09/17/2004 16:09 - For 270409108247

DENIAL EMAIL NOTIFICATION SENT. P KINNEY

[U061] - On 09/17/2004 16:19 - For 270409108247

CALL TO EE;
ADVISED EE WE HAVE NOT RECD ANY MEDICAL DOCUMENTATION SUCH AS
OFFICE NOTE AND TEST RESULTS FROM DR BARNETT YET. EE STATED HE WILL
GET IN TOUCH WITH HIS AP. ADVISED WE HAVE DENIED CLAIM FOR
FAILURE TO SUBMIT MEDICAL AND ONCE MEDICAL DOCUMENTATION IS
RECD; WE WILL REVIEW HIS CLAIM. EE SAID OK. P KINNEY

[ACS1] - On 09/17/2004 20:17 - For 270409108247
Call-Up For  [U061] - On 09/17/2004    Call-Up Complete  [U061] - On 09/20/2004
MED/VOC INDEX DCN 040917F08404

[U061] - On 09/20/2004 10:23 - For 270409108247

MEDICAL FAXED TO TUCSON CHS. P KINNEY

ML/WRIGHT0105

**Diary Review - Report**

Claim #: 270409108247     Name: ALAN WRIGHT                                    Nov 16, 2005

Status:  Declined                                                              Page 7 of 23

[U061] - On 09/20/2004 10.36 - For 270409108247

DCN 040917F08404 IS MEDICAL FROM ARIZONA COMMUNITY PHYSICIANS;
DR BARNETT-PCP. AP DID NOT COMPLETE OUR FAX BUT SENT OFFICE NOTES.
RECD 070804 AND 081304 OFFICE NOTES. 081304 OFFICE NOTE LOOKS LIKE
WE DID NOT RECEIVE ENTIRE OFFICE NOTE. ALSO DID NOT RECEIVE C91004
OFFICE NOTE AS FAX WAS ILLEGIBLE.
AS OF 070804 WEIGHT 301. TEMP 97.4 PULSE 74 AND BP 120/82.
081304 WEIGHT 293, TEMP 97.1 PULSE 88 AND BP 122/84.
091004 WEIGHT 294. TEMP 97.0, PULSE 84 AND BP 140/74.
070804 OFFICE NOTE-STATES EE DEVELOPED BACK PAIN AGAIN ON 070604. EE
CANNOT IDENTIFY ANY PRECIPATING FACTORS. IT IS IN THE SAME LOCATION
AS PREVIOUSLY THE R FLANK AREA OCASIONALLY WILL RADIATE UP TOWARDS
HIS SHOULDER OR DOWN TOWARD HIS BUTTOCKS. THERE IS NO RADIATION DOWN
THE LEGS. THERE IS NO MUSCLE WEAKNESS, PARESTHESIAS, BOWEL OR
BLADDER INCONTINENCE OR SADDLE ANESTHESIAS.  LUNGS ARE CTA W/O
WHEEZES, RHONICHI OR RALES. SLR IS NEG. HIS REFLEXES ARE 2+ AND
SYMMETRIC. UA AGAIN REVEALS TRACE BLOOD AND 1+ PROTEIN. PRECURRENT
BACK PAIN. SECONDARY TO MUSCLE SPASM WITH A KNOWN HISTORY OF DIFFUSE
IDIOPATHIC. SKELETAL HYPEROSTOSIS. TRACE PROTEINURIA. FLEXERIL 10
MG. USE FOR AS SHORT OF A TIME AS POSSIBLE. WILLIAMS BACK EXERCISES.
REFER TO UROLOGY. AGAIN WEIGHT LOSS IS ADMONISHED. RETURN TO OFFICE
IS SYMPTOMS PERSIST.
081304-PARTIAL OFFICE NOTE. 56 YO M F/U CAD S/P CABG. HAS CHRONIC
LBP, HTN, HL AND DEPRESSION. HAS NOT BEEN DOING WELL AT ALL. EE IS
WORKING BUT IT IS NOT WORKING OUT. GETS EXTREMELY TIRED VERY
QUICKLY. WORRIES ABOUT WORK CONSTANTLY WHENEVER HE IS NOT THERE.
CONT..

[U061] - On 09/20/2004 10.38 - For 270409108247

MEDICAL SUMMARY CONT;
FINDS HIMSELF WORRYING ON SUN PM BEFORE HE GOES BACK TO WORK ON MON
AND GETS CP AS A RESULT. HE IS ON EFFEXOR, HYDROCODONE, ALTACE,
ASPRIN, LASIX AND WELLBUTRIN. DOES NOT SMOKE OR ABUSE ALCOHOL. TRIES
TO GET SOME ACTIVITY BUT DOES NOT DO REG EXERCISE..
ALERT, COOPERATIVE, PLEASANT BUT ANXIOUS M IN NAD. WEIGHT 293 DOWN 9
LBS IN THE LAST 3 MONTHS. LUNGS ARE CLEAR. P KINNEY

[U061] - On 09/20/2004 11.27 - For 270409108247

FAX SENT TO DR BARNETT;
ADVISED WE ONLY RECD A PARTIAL 081304 OFFICE NOTE AND DID NOT
RECEIVE THE 091004 OFFICE NOTE. ASKED AP OFFICE TO SEND THESE NOTES
AGAIN. PKINNEY

[U003] - On 09/21/2004 07.52 - For 270409108247
Call-Up For: [U447] - On 10/06/2004    Call-Up Complete: [U003] - On 09/23/2004
IRR C/U

[ACS1] - On 09/22/2004 07.45 - For 270409108247
Call-Up For: [U061] - On 09/22/2004    Call-Up Complete: [U061] - On 09/22/2004
MED/VOC INDEX DCN 040921F06362

[U061] - On 09/22/2004 13.06 - For 270409108247
Call-Up For: [U496] - On 09/23/2004    Call-Up Complete: [U496] - On 09/23/2004
MEDICAL INFO FROM DR BARNETT-DCN 040921F09362.
CONTINUATION OF 081304 OFFICE NOTE.
A-HYPERTENSION/HYPERLIPIEDEMIA/CORONARY ARTERY DISEASE/DEPRESSION.
AP DOES NOT FEEL EE CAN SAFELY CONTINUE TO WORK. HE IS NOT OVERLY
HAPPY TO HEAR THIS. EE HAS BEEN TRYING TO STAY AT WORK AND HAD PLANS
TO CONT ON UNTIL RETIREMENT AT 65. AP EXPLAINED TO EE THAT AP
BELIEVES THE STRESS OF WORK IS GOING TO SHORTEN HIS LIFE, PERHAPS
EVEN WITHIN THE NEXT YEAR. EE HAS TRIED TO GO TO WORK IN A LESS
STRESSFUL ENVIRONMENT AND JUST HAS NOT BEEN ABLE TO DO SO. URGED EE
TO GIVE SERIOUS CONSIDERATION TO APPLY FOR DISABILITY. HE ADVISED TO
ALSO ASK DR CITRON HIS CARDIOLOGIST HIS OPINION AND WHETHER EE WILL

ML/WRIGHT0106

Diary Review - Report

Claim #: 270409108247    Name: ALAN WRIGHT

Status   Declined

[U061] - On 09/22/2004 13:06 - For 270409108247
Call-Up For: [U496] - On 09/23/2004   Call-Up Complete: [U496] - On 09/23/2004
PROVIDE SUPPORT AS WELL. EE ADVISED TO STAY ON THE SAME MEDS BUT
CONTINUE TO WORK ON STRESS MANAGEMENT. ALSO CONTINUE TO WORK ON GOOD
NUTRITION, EXERCISE WHEN TOLERATED AND WEIGHT LOSS. WILL SEE EE BACK
IN 6 WEEKS.
091004 OFFICE NOTE-EE SEEN FOR F/U OF HIS SEVERE CHEST WALL PAIN
WHICH IS A RESULT OF NONUNION OF THE STERNUM FOLLOIWNG CABG SURGERY.
EE DOING EXTREMELY POORLY. LIVING DAILY WITH A TREMENDOUS AMOUNT OF
PAIN FROM HIS CHEST WALL. CANNOT DO ANY EXERCISE DUE TO THE PAIN.
THE CHEST PAIN WORSE WHEN HE IS SITTING AT A DESK OR IN FRONT OF A
COMPUTER OR WHEN HE TRIES TO DO ANYTHING PHYSICAL. IN ADDITIONAL HE
STILL GETS ANGINA, GETS SHORT OF BREATH WITH ANY EXERTION AND QUITE
A BIG OF WORKPLACE ANXIETY TO THE POINT WHERE JUST THINKING ABOUT
GOING BACK TO WORK ON A WEEKEND OVER LEADS TO ANGINA AND TO SENSE OF
DESPAIR. EE ALERT, COOPERATIVE BUT TEARFUL DURING DISCUSSION. CONT...

[U061] - On 09/22/2004 13:12 - For 270409108247

MEDICAL SUMMARY CONT.
FLATTENED AFFECT AT OTHER TIMES. WEIGHT 294. AFEBRILE. P84, BP
140/74. CHESST WALL TENDER OVER THE STERNUM. EXTREMITIES 1-
NON-PITTING EDEMA AT THE ANKLES. AP FEELS EE IS 100% PERMANENTLY
DISABLED AT THIS TIME. EE ADVISED NOT TO RTW AND FILE FOR LONG TERM
DISABILITY. HE BECOMES TEARFUL WHEN DISCUSSING THIS. WITH REGARDS TO
MEDS, HE DOES HAVE A LITTLE BIT OF CHF NOW BUT DID NOT DO WELL ONCE
PREVIOUSLY WHEN EE WAS PUT ON A DIURETIC. IF EE DOES GET MORE SOB,
HE WILL CALL STAT AND AP WILL TREAT WITH DIURETIC. HE DID HAVE
RECENT LAB WITH DR CITRON SO NO LABS DONE TODAY BUT WILL RECHECK HIS
LIPIDS AND ELECTROLYTES IN ANOTHER 3 MONTHS AS WELL AS LFTS.   WITH
REGARD TO STERNUM, REVIEWED DR COPELANDS RECOMMENDATIONS AND THE
FINAL ASSESSMENT WAS THAT UNFORTUNATELY THE RISK OF SURGERY TO
REPAIR THE STERNUM WOULD BE TOO HIGH TO MAKE IT ADVISABLE AT THIS
TIME. P KINNEY

[U061] - On 09/22/2004 13:14 - For 270409108247

MEDICAL FAXED TO TUCSON CHS. P KINNEY

[U496] - On 09/23/2004 07:29 - For 270409108247
Call-Up For: [U061] - On 09/23/2004   Call-Up Complete: [U061] - On 09/23/2004
NO INITIAL REVIEW / RECOMMENDATION.
REVIEWED MEDICAL INFRMATION RECVD. DX: HYPERTENSION,
HYPERLIPIEDEMIA, CORONARY ARTERY DISEASE, DEPRESSION. 091004 OFFICE
NOTE-EE SEEN FOR F/U OF HIS SEVERE CHEST WALL PAIN WHICH IS A RESULT
OF NONUNION OF THE STERNUM FOLLOIWNG CABG SURGERY. EE DOING
EXTREMELY POORLY. LIVING DAILY WITH A TREMENDOUS AMOUNT OF PAIN FROM
HIS CHEST WALL. CANNOT DO ANY EXERCISE DUE TO THE PAIN.
IN ADDITIONAL HE STILL GETS ANGINA, GETS SHORT OF BREATH WITH ANY
EXERTION AND QUITE A BIG OF WORKPLACE ANXIETY TO THE POINT WHERE
JUST THINKING ABOUT GOING BACK TO WORK ON A WEEKEND OVER LEADS TO
ANGINA AND TO SENSE OF DESPAIR. EE ALERT, COOPERATIVE BUT TEARFUL.
RECOMMENDATION: BASED ON EES MULTIPLE MEDICAL CONDITIONS, SYMPTOMS
WERE PRESENT IN OFFICE NOTYPS PRIOR TO DLW, IT IS UNCLEAR AS TO WHAT
HAS CHANGED IN EES CONDITIONS, AND CONSIDERING AP INDICATES EE WILL
NOT BE ABLE TO RTW, PLEASE REFER THE FILE TO AN IPC (OCCUPATIONAL
AND/OR INTERNAL MEDICINE) FOR REVIEW. ASK THE IPC TO CONTACT EES
ATTENDING PHYSICIAN TO DISCUSS SEVERITY OF IMPAIRMENT, TREATMENT
PLAN AND PROGNOSIS FOR RTW.
QUESTIONS: 1. ARE SYMPTOMS AND IMPAIRMENTS SUBSTANIATED BY OBJECTIVE
CLINICAL FINDINGS?
2. ARE IMPAIRMENTS SEVERE ENOUGH TO CAUSE FUNCTIONAL LIMITATIONS TO
SUPPORT EES INABILITY TO PERFORM JOB DUTIES AS OF DLW?
3. IF YES, WHAT WOULD BE A REASONABLE TIME ESTIMATE FOR RECOVERY
AND/OR RETURN TO WORK?
4. IN LIGHT OF THE OBJECTIVE FINDINGS AND NATURE OF THE JOB, WHAT
WOULD BE REASONABLE RESTRICTIONS? TRACY HERKEL RN

Diary Review - Report

Claim #: 270409108247    Name: ALAN WRIGHT

Status: Declined

[U061] - On 09/23/2004 09:59 - For 270409108247

CLAIM REFERRED TO IPC FOR REVIEW. P KINNEY

[U061] - On 09/23/2004 09:59 - For 270409108247

Call-Up For: [U061] - On 10/12/2004    Call-Up Complete: [U061] - On 10/11/2004

F/U FOR IPC REVIEW. P KINNEY

[U970] - On 09/23/2004 15:57 - For 270409108247

CRC: CLAIM STATUS

CALLER IS EE

CLM IN REVIEW

[C172] - On 09/24/2004 11:52 - For 270409108247

Call-Up For: [U061] - On 09/24/2004    Call-Up Complete: [U061] - On 09/27/2004

IPC REFERRAL/MEDICAL RCVD FROM UTICA OFFICE

[BEDI] - On 09/29/2004 05:00 - For 270409108247

Call-Up For: [U061] - On 10/12/2004    Call-Up Complete: [U061] - On 10/11/2004

ACTION ITEM - NRD: 10/12/2004 - NRD 10/12/04- ICP RESULTS, NO RECOMM
ENDATION AND RTW POTENTIAL WILL BE REVIEWED.

[U061] - On 09/29/2004 12:58 - For 270409108247

ATTEMPTED TO RETURN CALL TO EE;
MESSAGE STATES THAT DUE TO CUSTOMER REQUEST LINE HAS BEEN TEMPORARIL
Y DISCONNECTED. P KINNEY

[U061] - On 09/29/2004 14:24 - For 270409108247

RECD CALL FROM EE;
EE CALLED TO CHECK ON STATUS OF CLAIM. ADVISED CLAIM IS STILL IN
REVIEW AND WE WILL CONTACT EE WHEN A DECISION IS MADE. P KINNEY

[UY22] - On 10/05/2004 12:17 - For 270409108247

Call-Up For: [URCQ] - On 10/05/200    Call-Up Complete: [U061] - On 10/05/2004

CRC: CALL BACK REQUEST TO:U061

EE PHN CONTACT: 520;544 0469

EE RQST A CALL BACK ON HIS CLAIM STATUS.

[U061] - On 10/05/2004 12:31 - For 270409108247

RETURNED CALL TO EE;
ADVISED EE WE ARE STILL WAITING FOR IPC REVIEW AND WE WILL CONTACT
EE AS SOON AS WE REVIEW FILE AND MAKE A DECISION. P KINNEY

[U061] - On 10/11/2004 06:53 - For 270409108247

Call-Up For: [U496] - On 10/11/2004    Call-Up Complete: [U496] - On 10/12/2004

SUMMARY OF IPC REPORT;
EE OUT OF WORK DUE TO WORK RELATED STRESS. EE REPORTED ANXIETY OVER
WORK GIVES EE ANGINA. NO CARDIOLOGY NOTES WERE PROVIDED TO
SUBSTANTIATE THAT EE HAS ACTIVE ANGINA. DR BARNETT STATED EE STILL
GOT ANGINA AND SHORTNESS OF BREATH WITH ANY EXERTION BUT THERE WERE
NO STRESS TESTS IN THIS RECORD TO DETERMINE IF EE HAS ACTIVE
ISCHEMIA. NO PULMONARY EVAL WAS DOCUMENTED. EE HAD CABG IN THE PAST
AND THERE WAS NO EVIDENCE IN THIS FILE OF ANY ACTIVE CARDIAC
DISEASE. DR BARNETT STATED THAT EE HAD A LITTLE BIT OF CHF
PRESUMABLY BASED ON ANKLE EDEMA BUT ANKLE EDEMA CAN BE DUE TO MANY
CAUSES AND IS NOT NECESSARILY PRESUMPTIVE EVIDENCE OF CHF. EE

ML/WRIGHT0108

Diary Review - Report

Claim #: 270409108247     Name: ALAN WRIGHT

Nov 16, 2005

Status: Declined

Page 10 of 23

[U061] - On 10/11/2004 06:53 - For 270409108247
Call-Up For: [U496] - On 10/11/2004   Call-Up Complete: [U496] - On 10/12/2004
REPORTED CHRONIC CHEST WALL PAIN OVER HIS STERNUM SINCE CABG BUT
THER WAS NO EVIDENCE IN FILE THAT THIS HAS CHANGED RECENTLY. DR
BARNETT RECOMMENDED STRESS MANAGEMENT BUT THERE IS NO EVIDENCE THAT
A FORMAL PROGRAM WAS RECOMMENDED, THAT MEDICATION WAS STARTED, NOR
THAT EE WAS REFERRED FOR A MENTAL HEALTH EVALUATION AND TREATMENT.
SINCE DR BARNETT FEELS THAT WORK FOR EE CAN BE LIFE-THREATENING ON
THE BASIS OF STRESS, AND WORK IS NOT THE ONLY SOURCE OF STRESS IN
ANYONE'S LIFE, FORMAL TX FOR STRESS WOULD APPEAR TO BE OF CRITICAL
IMPORTANCE TO EE'S LIFE. THERE WAS NO MENTION OF WHAT SPECIFICALLY
AT WORK WAS GIVEN EE SUCH ANXIETY AND WHETHER OR NOT IT COULD BE
REMEDIATED. IF EE'S OWN JOB IS TOO STRESSFUL FOR HIM, HE MIGHT DO
BETTER AT ANOTHER JOB WITHIN HIS OWN OCCUPATION, WHICH IS SEDENTARY,
SO IS NOT LIKELY TO CAUSE ANY EXERCISE-INDUCED ISCHEMIA. IPC CANNOT
JUDGE IF EE IS SIGNIFICANTLY IMPAIRED FROM A PSYCHIATRIC STANDPOINT
CONT..

[U061] - On 10/11/2004 06:59 - For 270409108247

SUMMARY OF IPC REPORT CONT;
THERE WAS NO OBJECTIVE EVIDENCE IN THIS FILE OF ANY SIGNIFICANT
PHYSICAL IMPAIRMENT. OBTAINING THE CARDIOLOGY NOTES AND TESTS WOULD
BE USEFUL TO ASSESS EE'S CARDIAC STATUS.
RECOMMEND-THE CARDIOLOGY NOTES, INCLUDING ALL RECENT CARDIAC
TESTING, SHOULD BE OBTAINED AND EVALUATED.
IPC SPOKE WITH DR BARNETT ON 100804. HE STATED THAT EE REPORTED
ANGINA AT REST AT WORK SCE HE FELT THAT EE'S CONTINUING TO WORK
WOULD KILL HIM. HE STATED THE EE HAD STRESS TESTS BUT DIDNT KNOW THE
MOST RECENT RESULTS. HE STATED THE CARDIOLOGIST WOULD HAVE THE
INFORMATION. HE STATED THE EE HAD BEEN THROUGH COUNSELING FOR STRESS
BUT DID NOT KNOW IF EE WAS UNDER THE CARE OF A PSYCHIATRIST OR IN
STRESS MANAGEMENT CLASSES. IPC ASKED DR BARNETT WHAT IT WAS ABOUT
EE'S OWN JOB THAT EE FELT WAS SO STRESSFUL AND DR BARNETT STATED
HE DID NOT KNOW. IPC ASKED IF EE COULD WORK FOR ANOTHER EMPLOYER AND
HE DID NOT KNOW.  THERE WAS NO CHANGE IN TREATMENT PLAN AND NO
PROGNOSIS FOR RTW. PKINNEY

[U496] - On 10/12/2004 09:49 - For 270409108247
Call-Up For: [U061] - On 10/12/2004   Call-Up Complete: [U061] - On 10/13/2004
NO FOLLOW UP REVIEW / RECOMMENDATION.
REVIEWED IPC REPORT RECVD. THE IPC SPOKE WITH EES TREATING PHYSICIAN
DR BARNETT, SEE REPORT FOR DETAILS. IPC INDICATES EE HAD A CABG
IN THE PAST, AND THERE IS NO EVIDENCE IN THE MEDICAL PROVIDED OF ANY
ACTIVE CARDIAC DISEASE. EE REPORTS CHRONIC CHEST WALL PAIN OVER
HIS STERNUM SINCE THE CABG, BUT THERE IS NO EVIDENCE IN THE FILE
THAT THIS HAS CHANGED RECENTLY. AP RECOMMENDED STRESS MANAGEMENT,
BUT NO EVIDENCE THAT A FORMAL PROGRAM WAS RECOMMENDED, THAT
MEDICATIONS WAS STARTED, NOR THAT EE WAS REFERRED FOR MENTAL HEALTH
EVALUATION AND TREATMENT. THERE IS NO EVIDENCE OF SIGNIFICANT
PHYSICAL IMPAIRMENT.
RECOMMENDNATION: THE MEDICAL IS LACKING EVIDENCE OF RECENT CHANGE IN
EES CONDITION, RECENT ABNORMAL CARDIAC/PULMONARY TESTINGS RESULTS,
MENTAL STATUS EVALUATIONS, SEVERITY OF IMPAIRMENT RESULTING IN
FUNCTIONAL LIMITATIONS TO SUPPORT EES INABILITY TO PERFORM THE
ESSENTIAL ELEMENTS OF THE JOB BEYOND THE DLW. TRACY HERKER, RN.

[U061] - On 10/12/2004 14:54 - For 270409108247

CALL TO EE;
ADVISED EE THE MEDICAL WE RECD DOES NOT SUPPORT. ADVISED IT WAS
RECOMMENDED WE OBTAIN CURRENT RECENT CARDIOLOGY RECORDS INCLUDING
TESTING. HE TO CONTACT CARDIOLOGIST AND HAVE RECORDS SENT TO US.
GAVE EE FAX NUMBER AND HIS CLAIM NUMBER. ALSO EE STATES THERE IS
NO STRESS MANAGEMENT CLASSES AND ANY PSYCHIATRIST NOTES WOULD BE
DATED OVER A YEAR AGO. EE TO ONLY CONTACT HIS CARDIOLOGIST FOR

ML/WRIGHT0109

Diary Review - Report

[U061] - On 10/12/2004 14:54 - For 270409108247

  RECORDS AND HAVE THEM SENT TO US. P KINNEY

[U061] - On 10/12/2004 16:25 - For 270409108247

  IPC REPORT FAXED TO TUCSON CHS ON 101104. P KINNEY

[U061] - On 10/13/2004 10:06 - For 270409108247

  DENIAL LETTER MAILED TO EE. P KINNEY

[U061] - On 10/13/2004 10:06 - For 270409108247
Call-Up For: [U061] - On 10/26/2004   Call-Up Complete: [U061] - On 10/26/2004
  F/U FOR MEDICAL FROM CARDIOLOGIST. P KINNEY

[ACS1] - On 10/13/2004 12:15 - For 270409108247

  OGC INDEX DCN 041012035381

[BEDI] - On 10/14/2004 05:00 - For 270409108247
Call-Up For: [U061] - On 10/14/2004   Call-Up Complete: [U061] - On 10/14/2004
  ACTION ITEM - NRD: 10/19/2004 - NRD 10/19/04- LTIT WILL REVIEW FOR A
  CONFIRMED RTW.

[C172] - On 10/14/2004 10:53 - For 270409108247
Call-Up For: [U061] - On 10/14/2004   Call-Up Complete: [U061] - On 10/14/2004
  FINAL IPC REPORT FORWARDED TO ACS

[ACS1] - On 10/15/2004 11:02 - For 270409108247

  OGC INDEX DCN 041014016134

[ACS1] - On 10/20/2004 11:33 - For 270409108247

  MED/VOC INDEX DCN 041019036893

[ACS1] - On 10/25/2004 16:46 - For 270409108247
Call-Up For: [U061] - On 10/25/2004   Call-Up Complete: [U061] - On 10/26/2004
  APPEAL MAIL DCN 041025024708

[UC04] - On 10/26/2004 08:59 - For 270409108247

  DCN# 041019036893 IS DUPLICATE COPY OF IPC REPORT. M GEYER

[UC04] - On 10/26/2004 09:08 - For 270409108247
Cal-Up For: [U129] - On 10/26/2004   Call-Up Complete: [U129] - On 11/02/2004
  APPEAL REFERRAL TO DRS:
  APPEAL IS DCN# 041025024708. RECEIVED APPEAL FROM EE. CLAIM WAS
  DENIED FOR MEDICAL DID NOT SUPPORT. EE INDICATED TO CONTACT DR.
  BARNETT FOR ALL MEDICAL RECORDS WHICH WE DID. EE ADVISED WE WERE
  LACKING CARDIOLOGY NOTES. EE INDICATED WE SHOULD GET OUR RECORDS
  FROM DR. BARNETT AND NOW INDICATES IN APPEAL THAT WE DID NOT CONTACT
  DR. CITRON. EE HAD INDICATED HE WOULD REQUEST CARDIOLOGY NOTES. TO
  DATE, WE HAVE NOT RECEIVED ANY CARDIOLOGY NOTES. AP HAS INDICATED EE
  IS PERMANENTLY DISABLED. PLEASE REVIEW APPEAL. P KINNEY

[ACS1] - On 10/26/2004 15:46 - For 270409108247
Call-Up For: [U129] - On 10/26/2004   Call-Up Complete: [U129] - On 11/02/2004
  MED/VOC INDEX DCN 041026FC7037

ML/WRIGHT0110

**Diary Review - Report**

Claim #: 270409108247    Name: ALAN WRIGHT

Status  Declined

[U496] - On 10/26/2004 15 46 - For 270409108247

NO CALL FROM CHS, DR HAAS.
WE DISCUSSED EES CONDITION. I ADVISED WE HAVE NOT RECVD ANY CARDIAC
RECORDS, OR ANY EVIDENCE OF HE BEING IN A STRESS MANAGEMENT PROGRAM.
WE AGREED THAT THE CARDIAC RECORDS ARE NEEDED. TRACY HERKEL RN

[8EDI] - On 10/27/2004 05.00 - For 270409108247

Call-Up For  [U129] - On 10/27/2004   Call-Up Complete:  [U129] - On 11/02/2004
ACTION ITEM - NRD: 11/09/2004 - NRD 11/9/04- LTIT WILL REVIEW FOR RE
CEIPT OF CARDIO NOTES AND REFERRAL FOR IPC.

[U129] - On 11/02/2004 11:04 - For 270409108247

APPEAL ACKNOWLEDGMENT LETTER SENT TO EE.
M SMOULCEY

[U129] - On 11/02/2004 13 18 - For 270409108247

MEDICAL INFO RECD/ DCN #041026IFC7007
LETTER DATED 10/18/04 IS FROM BRADLEY BARNETT, MD IN REGARDS TO OUR
LETTER OF DENIAL TO EE. AP INDICATES THAT HE IS GRAVELY DISTURBED
BY OUR MISREPRESENTATION OF THE FACTS  W/ REGARD TO HIS DISCUSSION
W/ OUR IPC.  WE INDICATE IN OUR LETTER THAT EE'S CONDITION IS
RELATED TO WORK RELATED STRESS, AP SPENT OVER 30 MINUTES ON THE
PHONE W/ THE IPC EXPLAINING THIS WAS NOT CASE. EE HAS ONGOING
CARDIAC DISEASE INCLUDING ISCHEMIA AND LOSS OF FUNCTION DUE TO
PREVIOUS MYOCARDIAL INFARCTIONS.  EACH TIME AP EXPRESSED THIS
BELIEF TO THE IPC, SHE WOULD RETURN TO THE FACT THAT IPC FELT THAT
STRESS MUST BE THE MAJOR ISSUE THAT WAS KEEPING EE OUT OF WORK.
ALSO AP CAREFULLY EXPLAINED THAT EE HAS NONUNION OF THE STERNUM
RESULTING IN SEVERE PAIN AND DYSFUNCTION, MARKEDLY LIMITING HIS
PHYSICAL CAPABILITIES AS CONTRIBUTING TO HIS DISABILITY AND YET WE
FAIL TO MENTION THAT IN OUR LETTER.  EE'S JOB DUTIES INCLUDE A FAIR
NUMBER OF PHYSICAL ACTIVITIES INVOLVING FILES AND SHELVES AND MAY
INVOLVE STOOPING, SQUATTING, OR OTHER ACTIVITIES WHICH WOULD BE
VERY PAINFUL, IF NOT IMPOSSIBLE, DUE TO THE EE'S CHEST WALL PAIN
DUE TO HIS STERNUM NONUNION.  HE ALSO IS REQUIRED TO WALK REGULARLY
IN DISTANCES IN EXCESS OF 200 YARDS, AND EE RECENTLY HAS
DEMONSTRATED HIS INABILITY TO DO PROLONGED WALKING. EE'S LIMITED
ABILITY TO WALK, THIS RELATES TO A TREADMILL STRESS TEST EE
UNDERWENT ON 10/15/04. IN THAT STRESS TEST, EE DID QUITE POORLY,
WAS ONLY ABLE TO WALK FOR 3 MINUTES AND 46 SEC. AND DEVELOPED A
MAXIMUM BLOOD PRESSURE OF 200/66 W/ A MAXIMUM PRESSURE RATE PRODUCT
OF 22, 200. (CON'T)

[U129] - On 11/02/2004 13 22 - For 270409108247

MEDICAL INFO CON'T
RESTING EKG DID SHOW EVIDENCE OF PREVIOUS INFARCTIONS BOTH INFERIOR
AND ANTERIOR. HAVING PRACTICED MEDICINE IN EXCESS OF 20 YRS AND
DEALT W/ MANY CASES OF MEDICAL DISABILITY, AP IS QUITE DISAPPOINTED
IN THE LACK OF PROFESSIONALISM AND CONCERN FOR THIS EE. AP'S
STRONGLY AND UNEQUIVOCALLY SUPPORTS EE'S APPLICATION FOR DISABILITY
ON THE BASIS OF HIS ISCHEMIC AND SEVERE SITUATIONAL STRESS
RESULTING IN CHEST WALL PAIN, POST TRAUMATIC STRESS DISORDER.
FURTHERMORE, AP HAS INSTRUCTED EE THAT IF HIS APPEAL IS NOT HANDLED
IN A MUCH MORE PROFESSIONAL MANNER BY OUR ORGANIZATION, THEN EE
WOULD BE WELL SERVED BY RETAINING AN ATTY TO FILE CIVIL ACTION
UNDER 502 OF THE ERISA. M SMOULCEY

[U129] - On 11/02/2004 14.09 - For 270409108247

Call-Up For:  [UB42] - On 11/02/2004   Call-Up Complete:  [UB42] - On 11/05/2004
REFERRAL TO NURSE CONSULTANT - APPEAL - 45 DAYS - 12/9/04
CINDY - EE IS A 56 YR OLD SR INDUSTRIAL SECURITY SPECIALIST WHO
LAST WORKED ON 9/9/04 DUE TO CAD. EE ALSO HAS NONUNION OF THE

Diary Review - Report

Claim #: 270409108247     Name: ALAN WRIGHT

Status: Declined

[U129] - On 11/02/2004 14:09 - For 270409108247
Call-Up For: [UB42] - On 11/02/2004    Call-Up Complete: [UB42] - On 11/05/2004
STERNUM FOLLOWING CABG SURGERY. PER AP, EE IS DOING POORLY AND
LIVES DAILY W/ A TREMENDOUS AMOUNT OF PAIN FROM HIS CHEST WALL.
EE'S CLAIM WAS DENIED AND IS NOW IN APPEAL. WE HAVE REC'D
ADDITIONAL MEDICAL FROM AP, WHICH CONTAINS A NARRATIVE W/ THE
RATIONALE FOR EE'S DISABILITY. PLEASE REVIEW ALL OF THE MEDICAL
DOCUMENTATION AND ADVISE IF YOU FEEL W/ THIS ADDITIONAL MEDICAL
FROM AP, SUPPORTS A AN IMPAIRMENT WHICH WOULD PRECLUDE EE FROM
PERFORMING THE DUTIES OF HER OWN OCCUPATION. IF NOT, I SUGGEST A
PFR W/ A CARDIOLOGIST. PLEASE PROVIDE QUESTIONS THAT WOULD BE
APPROPRIATE FOR THE DOCTOR. THANKS M SMOULCEY

[U129] - On 11/02/2004 14:10 - For 270409108247
Call-Up For: [U129] - On 12/01/2004    Call-Up Complete: [U129] - On 11/15/2004
45 DAYS = 12/9/04

[ACS1] - On 11/03/2004 17:18 - For 270409108247

OGC INDEX DCN 041103024959

[UB42] - On 11/05/2004 12:14 - For 270409108247
Call-Up For: [U129] - On 11/05/2004    Call-Up Complete: [U129] - On 11/12/2004
NC APPEAL/RECOMMENDATION:
ASSESSMENT:
REVIEW OF FILE SHOWS THAT EE WAS BEING TREATED FOR HTN, CAD,
DEPRESSION AND SOME C/O BACK PAIN. HISTORY SHOWS THAT EE HAS HAD TWO
PREVIOUS BY PASS SURGERIES, PER EE ONE WAS 3-4 YRS AGO AND ONE WAS
DONE LAST YEAR. REVIEW OF MOST RECENT OFN OF 9-10-04 SHOWS THAT EE
IS A 56 YO MALE HERE FOR F/U OF CAD, HTN AND CHF WITH SEVERE CHEST
WALL PAIN CAUSED BY NONUNION OF THE STERNUM FOLLOWING CABG SURGERY.
PER AP EE IS DOING POORLY DUE TO PAIN AND IS UNABLE TO EXERCISE
BECAUSE OF THIS. EE IS ALSO BATTLING WT GAIN AND LETHARGY AND HAS
QUITE A BIT OF WORKPLACE ANXIETY. PER EE HIS CP IS WORSE WHEN HE IS
AT WORK SITTING IN FRONT OF THE COMPUTER. PER AP EE CONTINUES TO GET
SOB WITH ANY EXERTION AND HAS CONTINUED TO BE DEPRESSED OVER THE
SITUATION. EE DENIES THOUGHTS OF SELF HARM. IS ALERT AND COOPERATIVE
BUT TEARFUL DURING DISCUSSION. AP NOTES FLATTENED AFFECT AT OTHER
TIMES. PHYSICAL EXAM FINDINGS: WT. 294LBS, STABLE, TENDERNESS OVER
STERNUM, VITAL SIGNS WNL, HEENT UNREMARKABLE, MILD JVD (JUGGULAR VIEN
DISTENSION), DECREASED BREATH SOUNDS TO BASES OF LUNGS, CARDIAC
SHOWS REGULAR RATE AND RHYTHM, 1+ NON-PITTING EDEMA TO ANKLES. AP
NOTED THAT EE WILL NOT BE TREATED FOR THE MILD CHF AT THIS TIME AND
EE WILL RESTRICT HIS SALT INTAKE TO SEE IF THIS HELPS. AP REFERS TO
LABS DONE BY DR. CITRON WHO IS APPARENTLY EE'S CARDIOLOGIST AND THAT
EE WILL F/U IN 3 MONTHS. ALSO NOTES THAT PER DR. COPELAND'S
RECOMMENDATIONS SURGERY TO REPAIR STERNUM WOULD BE TO HIGH RISK AND
WAS NOT ADVISABLE AT THIS TIME.
CPAPPAS RN. CONT. ON PAGE 2>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

[UB42] - On 11/05/2004 12:16 - For 270409108247

NC APPEAL REVIEW PAGE 2>>>>>>>>>>>>>>>>>>>>>
IN REVIEW OF LETTER FROM DR. BARNETT EE'S PCP HE REFERS TO A STRESS
TEST ALSO DONE BY DR. CITRON THAT DEMONSTRATED EE'S INABILITY TO
WALK FOR LONG DISTANCES AND NOTES THAT EE NEEDS TO WALK IN EXCESS OF
200 YARDS REGULARLY AT WORK AND THAT EE IS ALSO REQUIRED TO DO
PHYSICAL ACTIVITIES INVOLVING FILES AND GUIDES WHICH MUST BE
RETRIEVED AND MAY INVOLVE STOOPING, SQUATTING AND OTHER ACTIVITIES
THAT WOULD BE PAINFULL TO EE. THE FILE DOES NOT HAVE ANY MEDICAL
INFORMATION FROM DR CITRON TO REFLECT STRESS TEST AND RESULTS,
LABWORK RESULTS OR THAT EE IS RECIEVING ONGOING TREATMENT WITH DR.
CITRON. PER ER STATEMENT EE DOES LIMITED WALKING, STANDING, REACHING
AND BENDING AND NO LIFTING OVER 11B. AP ALSO NOTES THAT EE IS TAKING
MEDICATIONS THAT CAN RISK IMPAIRING EE'S FOCUS AND CLARITY OF
THOUGHT. PER OFN OF 8-13-04 IT WAS NOTED THAT EE WAS TAKING EFFEXOR
AND HYDROCODONE. THESE CAN CAUSE SOME SEDATION. HOWEVER EE DID NOT

## Diary Review - Report

Claim #: 270409108247      Name: ALAN WRIGHT

Status: Declined

[UB42] - On 11/05/2004 12:16 - For 270409108247

REPORT THAT HE WAS TAKING THESE IN THE EE INTERVIEW OF 9-13-04 AND
DID NOT REPORT HAVING ANY PROBLEMS WITH FOCUS OR CLEARITY OF
THOUGHT. DR. BARNETT NOTES IN HIS LETTER OF 10-18-04 THAT EE IS
DISABLED DUE TO ISCHEMIC HEART DISEASE, NONUNION OF STERNUM
RESULTING IN CHEST WALL PAIN AND SEVERE SITUATIONAL STRESS RELATED
TO THE WORKPLACE. FILE IS LACKING ANY CARDIOLOGY EVALUATION,
TREATMENT, TESTING OR CURRENT OFFICE NOTES. NO INDICATION THAT EE
HAS BEEN REFERRED FOR COUNSELING FOR HIS STRESS RELATED TO WORK OR
TO PAIN MANAGEMENT FOR EVALUATION AND TREATMENT FOR HIS CHRONIC
PAIN. CPAPPAS RN. CONT. ON  PAGE 3>>>>>>>>>>>>>>>>>>>>>>>>

[UB42] - On 11/05/2004 12:17 - For 270409108247

NC APPEAL REVIEW PG. 3>>>>>>>>>>>>>>>>>>>>>>>>>:
WOULD AGREE WITH NC REIVEW OF 9-23-04 THAT DUE TO EE'S MULTIPLE
MEDICAL CONDITIONS AND SYMPTOMS BEING PRESENT IN OFFICE NOTES PRIOR
TO DLW OF 9-9-04, IT IS UNCLEAR AS TO WHAT
HAS CHANGED IN EES CONDITIONS THAT PREVENTED HIM FROM PERFORMING THE
ESSENTIAL FUNCTIONS OF HIS SEDENTARY JOB DUTIES. CONSIDERING AP
INDICATES EE WILL NOT BE ABLE TO RTW, PLEASE REFER THE FILE TO AN
IPC FOR REVIEW. PLEASE SEND TO PSYCHIATRY AND CARDIOLOGY.
ASK THE IPC TO CONTACT EES ATTENDING PHYSICIAN TO DISCUSS SEVERITY
OF IMPAIRMENT, TREATMENT PLAN AND PROGNOSIS FOR RTW.

QUESTIONS: 1. ARE SYMPTOMS AND IMPAIRMENTS SUBSTANIATED BY OBJECTIVE
CLINICAL FINDINGS?

2. ARE IMPAIRMENTS SEVERE ENOUGH TO CAUSE FUNCTIONAL LIMITATIONS TO
SUPPORT EES INABILITY TO PERFORM SEDENTARY JOB DUTIES AS OF DLW
9-9-04?

3. IF YES, WHAT WOULD BE A REASONABLE TIME ESTIMATE FOR RECOVERY
AND/OR RETURN TO WORK?

4. IN LIGHT OF THE OBJECTIVE FINDINGS AND NATURE OF THE JOB, WHAT
WOULD BE REASONABLE RESTRICTIONS?
CINDY PAPPAS RN.

[8EDI] - On 11/11/2004 05:00 - For 270409108247
Call-Up For  [U129] - On 11/11/2004    Call-Up Complete. [U129] - On 11/12/2004
ACTION ITEM - NRD: 11/30/2004 - NRD 11/30/04 FU APPEAL STATUS

[ACS1] - On 11/12/2004 13:58 - For 270409108247
Call-Up For  [U129] - On 11/12/2004    Call-Up Complete: [U129] - On 11/15/2004
MED/VOC INDEX DCN 041112F06375

[U129] - On 11/15/2004 11:00 - For 270409108247

DCN #C4112F06375 IS A LETTER DATED 11/12/04 FROM AN ATTORNEY WHO IS
REPRESENTING EE IN CONNECTION WITH HIS STD CLAIM. LETTER IS
ADVISING THAT EE HAS NOT YET REC'D A COPY OF HIS CLAIM FILE WHICH
WAS REQUESTED IN THE APPEAL REQUEST DATED  10/20/04. ATTY IS ASKING
FOR THAT INFORMATION AND IS ASKING TO WITHDRAW THE APPEAL AT THIS
TIME AS THEY ARE IN THE PROCESS OF SUBMITTING ADDITIONAL
INFORMATION. M SMOULCEY

[U129] - On 11/15/2004 11:39 - For 270409108247

LETTER SENT TO ATTY:
ADVISED ATTY THAT WE ARE IN RECEIPT OF HIS LETTER DATED 11/12/04
AND AT THIS TIME, WITHDRAWING THE APPEAL REQUEST. ENCLOSED A COPY

Diary Review - Report

Claim # 270409108247      Name  ALAN WRIGHT

Status:  Declined

[U129] - On 11/15/2004 11:39 - For 270409108247

OF EE'S CLAIM FILE AS REQUESTED AS WELL. M SMOULCEY

[U129] - On 11/15/2004 11:40 - For 270409108247

REFERRAL BACK TO CM:
FATTI - ATTY HAS REQUESTED TO WITHDRAW APPEAL REQUEST AT THIS TIME,
AS IT APPEARS THEY WILL BE SUBMITTING ADDITIONAL MEDICAL
INFORMATION. IF APPEAL SHOULD BE REC'D REFER TO DRS. M SMOULCEY

[U129] - On 11/15/2004 11:42 - For 270409108247
Call-Up For  [U061] - On 04/25/2005   Call-Up Complete:  [U061] - On 04/11/2005
F/U REQUEST FOR APPEAL.

[ACS1] - On 11/16/2004 15:44 - For 270409108247
Call-Up For:  [U061] - On 11/16/2004   Call-Up Complete.  [U129] - On 11/24/2004
APPEAL MAIL DCN 041116008541

[ACS1] - On 11/17/2004 10:47 - For 270409108247

OGC INDEX DCN 041116025425

[U129] - On 11/24/2004 10:20 - For 270409108247

APPEAL MAIL REC'D IS A DUPLICATE COPY OF THE ATTY LETTER DATED
11/12/04, ALREADY HAS BEEN HANDLED. M SMOULCEY

[8EDI] - On 12/02/2004 05:00 - For 270409108247
Call-Up For:  [U129] - On 12/02/2004   Call-Up Complete.  [U129] - On 12/06/2004
ACTION ITEM - NRD: 12/07/2004   NRD 12/7/04 FU RECEIPT OF MEDS AND N
C REVIEW

[8EDI] - On 12/08/2004 05:00 - For 270409108247
Call-Up For:  [U061] - On 12/17/2004   Call-Up Complete.  [U061] - On 12/16/2004
ACTION ITEM - NRD: 12/22/2004 - NRD 12/22/04- LTIT WILL CONFIRM RECE
IPT OF DOCUMENTATION AND RECEIPT OF MEDICAL DOCUMENTATION.

[U061] - On 12/16/2004 17:02 - For 270409108247

CLAIM UPDATE;
NO NEW MEDICAL HAS BEEN REC'D YET. P KINNEY

[8EDI] - On 12/23/2004 05:00 - For 270409108247
Call-Up For:  [U061] - On 01/10/2005   Call-Up Complete:  [U061] - On 01/07/2005
ACTION ITEM - NRD: 01/11/2005   NRD 1/11/05: APPEAL OR MEDICAL INFOR
MATION

[U061] - On 01/10/2005 06:50 - For 270409108247

CLAIM UPDATE;
NO NEW MEDICAL HAS BEEN REC'D YET OR AN APPEAL. P KINNEY

[U321] - On 03/10/2005 08:42 - For 270409108247
Call-Up For.  [U321] - On 03/31/2005   Call-Up Complete:  [U321] - On 04/04/2005
WAIVER F/U APPLICATION LETTER MAILED TO THE EE. PFLC

[ACS1] - On 03/14/2005 11:45 - For 270409108247

OGC INDEX DCN 05031008450

Diary Review - Report

Claim #: 270409108247      Name: ALAN WRIGHT                                                Nov 16, 2005

Status: Declined                                                                            Page 16 of 23

[U321] - On 04/04/2005 12 15 - For 270409108247

    WAIVER CLOSURE LETTER MAILED TO THE PR. PFIO

[ACS1] - On 04/05/2005 15:21 - For 270409108247

    CGC INDEX DCN C50405028013

[UD16] - On 04/05/2005 16 57 - For 270409108247

    CRC: MAIL INQUIRY

    CALLER WAS ATTORNEY'S OFFICE
    GALOES GUISINGER ATTORNEY ASST, FOR BARRY KIRSCHMER 520-745-7810
    CALLED TO OBTAIN OVER NIGHT MAIL ADDRESS. CSC GAVE 2025 LEESTOWN RD
    LEXINGTON KY +40511

[ACS1] - On 04/07/2005 15:21 - For 270409108247

    CGC INDEX DCN C50407025887

[X198] - On 04/07/2005 17 23 - For 270409108247
Call-Up For [URCQ] - On 04/07/200  Call-Up Complete [U219] - On 04/07/2005
    CRC: CALL BACK REQUEST TO:U061
    PLEASE CALL FINA AT ATTY WATERFALL ECONOMIDIS'S OFFICE AT
    520-790-5878, X7851, REGARDING AN OVERNIGHT PCKG FROM ATTY BARRY
    KIRCHNER.

[U219] - On 04/07/2005 17 33 - For 270409108247

    CRC: CALL BACK REQUEST TO:U061
    PLEASE CALL FINA AT ATTY WATERFALL ECONOMIDIS'S OFFICE AT
    520-790-5878, X7851, REGARDING AN OVERNIGHT PCKG FROM ATTY BARRY
    KIRCHNER.

[U219] - On 04/07/2005 17:34 - For 270409108247
Call-Up For: [U129] - On 04/08/2005  Call-Up Complete: [U129] - On 04/08/2005
    VOICE MAIL LEFT FOR ATTY--
    ON FINA'S VM EXPLAINING THAT I WAS RTN HER CALL. M. FOSTER

[U129] - On 04/08/2005 11:56 - For 270409108247

    INCOMING CALL FROM ATTY'S OFFICE:
    REC'D VOICE MAIL MESSAGE FROM FINA AT ATTY'S OFFICE WANTING TO
    CONFIRM RECEIPT OF FED-EX PACKAGE SENT TO METLIFE ON 4/7/05. I
    RETURNED THE CALL AND SPOKE W/ FINA. EXPLAINED THAT THE MAIL IS
    SENT DIRECTLY TO LEXINGTON KY AND THIS OFFICE IS IN UTICA, NY. I
    DON'T YET SEE THAT THE MAIL HAS BEEN REC'D, HOWEVER, WOULD EXPECT
    EITHER TODAY OR MONDAY. FINA TOOK MY NAME AND ADVISED SHE WILL LET
    THE ATTY KNOW. M SMOLLEY

[UX70] - On 04/11/2005 13 27 - For 270409108247

    CRC: CALL TRANSFERRED TO:U061

    CALLER REQUESTED TO SPEAK WITH CM ONLY.
    CALL WAS COLD TRANSFERRED TO CM'S LINE.

[U061] - On 04/11/2005 13 31 - For 270409108247
Call-Up For [U129] - On 04/12/2005  Call-Up Complete: [U129] - On 04/12/2005
    CALL FROM FINA IN ATTORNEY'S OFFICE;
    SHE WANTED TO OBTAIN FAX NUMBER AND WILL FAX LETTER TO US AS

ML/WRIGHT0115

**Diary Review - Report**

Claim #: 270409108247       Name: ALAN WRIGHT

Status: Declined

[U061] - On 04/11/2005 13:31 - For 270409108247
Call-Up For: [U129] - On 04/12/2005    Call-Up Complete: [U129] - On 04/12/2005
WE HAVE NOT RECD FED-EX PACKAGE YET. SHE ALSO ASKED THAT WE CALL
HER BACK ONCE WE RECEIVE THE LETTER. T#520-790-5828 FINA EXT 7851
P.KINNEY

[UZ78] - On 04/12/2005 12:59 - For 270409108247
Call-Up For: [RCR1] - On 04/12/2005    Call-Up Complete: [U129] - On 04/12/2005
CRC: CALL BACK REQUEST TO:U129

GLADES GUIFINGER, SECRETARY FOR ATTORNEY
BARRY KIRSCHNER, ATTORNEY FOR EE
PH 520 745 7810
FX 520 745 1279

WOULD LIKE A CALL BACK FROM CM REGARDING THE MOST RECENT INFO
RECEIVED.

[U129] - On 04/12/2005 13:11 - For 270409108247

OUTGOING CALL TO ATTY'S OFFICE.
SPOKE W/ SECRETARY. ADVISED THAT AS OF YET, I AM NOT SHOWING ANY
INFORMATION REC'D. SECRETARY ADVISED THAT SOMEONE SIGNED FOR THE
FEDEX SO WHY AM I SAYING IT WAS NOT REC'D. I EXPLAINED OUR MAIL
PROCESS TO HER AND THAT THE MAIL IS REC'D IN A DIFFERENT STATE THAN
THIS OFFICE, HOWEVER, IT JUST NEEDS TO BE SCANNED AND AT THIS TIME,
IT DOESN'T APPEAR ANYTHING HAS BEEN REC'D. SECRETARY ASKED WHERE
DO WE GO FROM HERE AND I ADVISED THAT ONCE THE INFORMATION IS
REC'D AND REVIEWED, I WILL BE IN CONTACT W/ ATTY. M SMOULCEY

[UX70] - On 05/11/2005 13:28 - For 270409108247

CRC: GENERAL INQUIRY

CALLER: GLADYS, SECRETARY, ATTY BARRY KIRSHNER, PH# 520-745-7810

CALLER INQ IF FAX REC'D. ADV CALLER TO REFAX INFO. VER FAX# AND ADV
TO NOTE CLM# ON PAPERWORK. EE WILL C/B TO VER IF FAX REC'D.

[ACS1] - On 05/11/2005 15:30 - For 270409108247
Call-Up For: [U129] - On 05/11/2005    Call-Up Complete: [U129] - On 05/17/2005
MED/VOC INDEX DCN 05051CF09717

[ACS1] - On 05/11/2005 17:28 - For 270409108247
Call-Up For: [U129] - On 05/11/2005    Call-Up Complete: [U129] - On 05/17/2005
MED/VOC INDEX DCN 05051IF07236

[U129] - On 05/17/2005 10:12 - For 270409108247

ATTY LETTER RECEIVED:
LETTER IS DATED 5/10/05 FROM ATTY AND INDICATES ALONG W/ THIS FAX
IS AN OFFICE NOTE DATED 4/27/05 FROM DR SCOTT BRONNIMAN,
PULMONOLOGIST. DR BRONNIMAN REFERRED EE FOR MORE EXTENSIVE TESTING
AND THE RESULTS OF THAT TESTING AND THE ANALYSIS OF THAT TESTING
ARE NOT AS YET AVAILABLE. ATTY IS ASKING THAT THIS NOTE FROM THE
DOCTOR AS A SUPPPLEMENT TO THE APPEAL FILED ON BEHALF OF THE EE.
ATTY'S IMPRESSION OF THE TEXT OF THE NOTE IS THAT IT IS WHOLLY
SUPPORTIVE OF THE POSITIONS TAKEN BY EE IN HIS APPEAL. M SMOULCEY

[U129] - On 05/17/2005 10:22 - For 270409108247

MEDICAL INFO REC'D/DCN #05051IF07236:
COPY OF THE OFFICE NOTE DATED 4/27/05 FROM DR BRONNIMANN WHICH
INDICATES THAT EE WAS THERE FOR A PULMONARY ASSESSMENT. EE HISTORY
INCLUDES A MYOCARDIAL INFARCTION IN 1983. EE HAD BEEN A CIGARETTE

**Diary Review - Report**

Claim # 270409108247    Name: ALAN WRIGHT

Status: Declined

[U129] - On 05/17/2005 10:22 - For 270409108247

SMOKER AT THAT TIME BUT QUIT. HE ULTIMATELY NEEDED A BYPASS
OPERATION INITIALLY IN 1996. HE NEEDED A REDO BYPASS IN 4/02.
AFTER THE 2ND BYPASS, EE HAD NONUNION OF THE STERNUM WHICH HAS
CONTINUED TO BE A PROBLEM W/ HIM. EE CAN FEEL THE MOVEMENT OF THE
STERNUM AND IT CAUSES PAIN WHEN HE COUGHS, SNEEZES OR CHANGES
POSITION. EE HAD A SPIROMETRY DONE AND IT SHOWED A RESTRICTIVE
LUNG IMPAIRMENT WITH A VITAL CAPACITY THAT WAS 53% OF PREDICTED AND
AN FEV, THAT WAS 46% OF PREDICTED. EE HAS BEEN EVALUATED FOR
POSSIBLE REPAIR OF THE NONUNION OF THE STERNUM, BUT THIS WOULD
ENTAIL A SIGNIFICANT SURGICAL INTERVENTION W/OUT ANY GUARANTEE OF
SUCCESS. EE'S PULMONARY SYMPTOMS INCLUDE SOB W/ EXERTION AND A
GENERAL LEVEL OF FATIGUE AND EXHAUSTION. AP'S IMPRESSION IS THAT
THE EE LIKELY HAS A MIXED OBSTRUCTIVE AND RESTRICTIVE LUNG
IMPAIRMENT AND EE MAY HAVE AN UNDERLYING OBSTRUCTIVE SLEEP APNEA AS
WELL. TO QUANTIFY EE'S LUNG FUNCTION, IT IS IMPORTANT TO DO FORMAL
PULMONARY FUNCTION TESTS W/ OXYGEN SATURATION AT REST AND W/
EXERCISE. THIS IS SCHEDULED, AS WELL AS A SLEEP STUDY, TO RULE OUT
SIGNIFICANT OBSTRUCTIVE SLEEP APNEA. BASED ON THESE, AP WOULD BE
BETTER TO ABLE TO COMMENT ON EE'S UNDERLYING LUNG FUNCTION. THE EE
CLEARLY HAS MARKEDLY REDUCED EXERCISE CAPABILITY DUE TO HIS
PHYSICAL SIZE AND THE DIFFICULTY THAT THE NONUNION OF THE STERNUM
CREATES FOR HIM. M SMOLICHY

[U129] - On 05/17/2005 10:35 - For 270409108247
Call-Up For: [U453] - On 05/17/2005    Call-Up Complete: [U453] - On 05/17/2005
REFERRAL TO APPEALS/LITIGATION SPECIALIST:
FRANK - APPEAL WAS PREVIOUSLY REQUESTED BACK ON 11/12/04 AND ATTY
THEN WITHDREW THE REQUEST IN AN ATTEMPT TO GATHER ADDITIONAL
MEDICAL INFO. WE HAVE NOW REC'D A LETTER FROM ATTY DATED 5/11/05
ALONG W/ AN OFFICE NOTE ASKING TO CONSIDER THE MEDICAL AS A
SUPPLEMENT TO THE APPEAL FILE ON BEHALF OF EE. HOWEVER, THE
ORIGINAL DENIAL LETTER WAS DATED 10/13/04 SO 180 DAYS HAS BEEN
EXCEEDED AT THIS POINT. CALL WAS REC'D FROM ATTY'S OFFICE BACK ON
4/12/05 AND 4/12/05 AS IT APPEARED ATTY FEDERAL EXPRESSED MEDICAL,
HOWEVER, NOTHING WAS EVER REC'D UNTIL THE LETTER ON 5/11/05. PLEASE
REVIEW AND RESPOND TO ATTY ACCORDINGLY OR REFER TO APPEAL
GATEKEEPER TO HAVE DRS HANDLE THE REQUEST. THANKS M SMOLICHY

[U453] - On 05/17/2005 14:15 - For 270409108247
Call-Up For: [U129] - On 05/17/2005    Call-Up Complete: [U129] - On 05/18/2005
REPLY FROM REFERRAL FOR POSSIBLE LATE APPEAL. EE'S ATTORNEY
SUBMITTED 254 PAGES OF INFORMATION ON 4/7/05, WHICH IS WITHIN 180
TIMEFRAME FOR APPEAL REQUEST. PLEASE CONTINUE WITH APPEAL HANDLING.
F.ANDERSON

[U453] - On 05/17/2005 14:18 - For 270409108247
Call-Up For: [U086] - On 05/17/2005    Call-Up Complete: [XX86] - On 05/17/2005
REFERRAL TO CLERICAL FOR PRINTING OF DCN 050407025887, WHICH IS 254
PAGES OF INFORMATION FROM EE'S ATTORNEY. INFORMATION HAD BEEN
INCORRECTLY CODED AS OUTGOING CORRESPONDENCE IN ACS. F.ANDERSON

[U129] - On 05/19/2005 11:14 - For 270409108247

APPEAL NOTE TO FILE:
REQUEST FOR REVIEW WAS REC'D ON 4/7/05 BY ATTY. DCN #050407025887.
APPEAL REQUEST IS DATED 4/5/05 AND ATTORNEY INCLUDES 254 PAGES OF
MEDICAL DOCUMENTATION AS WELL. APPEAL REQUEST INDICATES THAT THE
APPEAL INCLUDES ADDITIONAL EVIDENCE UPON WHICH THE CLAIM FOR
DISABILITY BENEFITS SHOULD BE GRANTED. EE AGREES THAT THERE WAS
MORE DOCUMENTATION WHICH COULD HAVE BEEN OBTAINED TO FURTHER
SUPPORT THE CLAIM AND IT IS PROVIDED HEREIN. EE ALSO HAS AN APPT W/
A PULMONOLOGIST ON 4/29/05 AND EXPECT TO FURTHER UPDATE THE
DOCUMENTATION OF HIS MEDICAL CONDITION IN FURTHERANCE OF THIS
APPEAL. UNFORTUNATELY, THERE HAS BEEN AN EXTREMELY LONG WAITING
PERIOD TO OBTAIN THE INITIAL APPT. ATTY INCLUDES IN DEPTH
EXPLANATION OF EE'S CONDITION AND WHY THE APPEAL SHOULD BE

ML/WRIGHT0117

Diary Review - Report

Claim #: 270409108247      Name: ALAN WRIGHT                                     Nov 16, 2005

Status   Declined                                                               Page 19 of 23

[U129] - On 05/19/2005 11 14 - For 270409108247

APPROVED. M SMOULCEY

[U129] - On 05/19/2005 11 30 - For 270409108247

MEDICAL REC'D/ DCN #C50407025887
CONTAINS 245 PAGES OF MEDICAL. INCLUDES THE PFT TEST THAT WAS
COMPLETED ON 2/27/05. DR BARNETT'S 3/25/05 LETTER, DR CITRON'S
RECORDS, DR BARNETT'S ENTIRE FILE FOR EE, THE METLIFE CLAIM FILE
AND EE'S SUMMARY OF HIS OCCUPATIONAL DUTIES AND THE PRESCRIPTION
EXPENSES.  WILL REFER TO NC, NOT REASONABLE TO SUMMARIZE THIS
EXTENT OF MEDICAL. M SMOULCEY

[U129] - On 05/19/2005 12 15 - For 270409108247
Call-Up For: [UB42] - On 05/20/2005   Call-Up Complete: [UB42] - On 05/24/2005
APPEAL REFERRAL TO NC - 45 DAYS  5/22/05, 90 DAYS  7/5/05:
CINDY - YOU HAVE ALREADY COMPLETED AN APPEAL REVIEW ON THIS FILE,
YOUR REVIEW IS DATED 11/5/04. AT THAT TIME, CLAIM WAS IN APPEAL AND
THEN ATTY WITHDREW THE APPEAL REQUEST. WE HAVE NOW RECEIVED THE
FORMAL APPEAL REQUEST AND IN ADDITION, WE HAVE REC'D 254 PAGES OF
MEDICAL DOCUMENTATION. THE MEDICAL DOCUMENTATION CONTAINS ALL OF
EE'S RECORDS FROM HIS AP'S. I DID NOT SUMMARIZE ALL OF THIS MEDICAL
DUE TO THE VOLUME. HOWEVER, I HAVE GONE THRU AND TABBED WHAT I
COULD FOR YOU. DLW IS 9/9/04 AND DOD IS 9/10/04, SO WE NEED TO BE
SURE WE ESTABLISH A DISABILITY BACK TO THAT DATE. MOST CURRENT, EE
HAD AN APPT W/ A PULMONOLOGIST ON 4/29/05 AND WAS TO BE UNDERGOING
A PFT TEST W/ OXYGEN SATURATION AT REST AND EXERCISE.  THOSE
RESULTS WILL BE SENT ONCE OBTAINED. PLEASE REVIEW THE ENTIRE CLAIM
FILE AND ADVISE IF YOU FEEL BASED ON THIS ADDITIONAL MEDICAL,
SUPPORTS A DISABILITY. THANKS M SMOULCEY

[U129] - On 05/19/2005 13 18 - For 270409108247

OUTGOING CORRESPONDENCE, RESPONSE TO ATTY SENT:
SENT LETTER TO ATTY THAT WE ARE IN RECEIPT OF BOTH LETTERS DATED
4/5/05 AND 5/10/05. AS WE CONTINUED TO REVIEW THE APPEAL, WE
RECEIVED THE LETTER DATED 5/10/05. WE THEREFORE, AT THIS TIME WILL
INCLUDE THE ADDITIONAL MEDICAL DOCUMENTATION SUBMITTED W/ THE
REVIEW PROCESS. IT IS AT THIS TIME, DUE TO THE AMOUNT OF
INFORMATION SUBMITTED THAT ATTY WISHES TO HAVE CONSIDERED AS PART
OF THE REVIEW, WE FIND THAT WE WILL NEED AN ADDITIONAL 45 DAYS,
WHICH IS PERMITTED BY ERISA. WITHIN 90 DAYS, WE WILL ADVISE OUR
DECISION IN WRITING. M SMOULCEY

[ACS*] - On 05/20/2005 12 31 - For 270409108247
Call-Up For: [U129] - On 05/20/2005   Call-Up Complete: [U129] - On 05/20/2005
REC/VOC INDEX DCN 050519F09112

[U129] - On 05/20/2005 15 00 - For 270409108247

ATTY LETTER REC'D/MEDICAL INFO/DCN #050519F09112:
LETTER IS DATED 5/19/05 AND ATTY IS SUBMITTING THE PFT TEST ON
5/11/05. ATTY INDICATES THAT THE APPEAL'S SUBMISSIONS ARE NOW
COMPLETE. THEY WILL AWAIT OUR DECISION AND HAVE NO DOUBT IT SHOULD
REVERSE THE DENIAL COMMUNICATED 10/13/04.

REVIEW OF THE PFT TEST DATED 5/11/05 INDICATES THAT THERE IS
MODERATE SEVERITY IN RESTRICTIVE LUNG IMPAIRMENT AND A VERY MILD
AIRFLOW OBSTRUCTION PRESENT ON PULMONARY FUNCTION TESTS.  IN
ADDITION, CONSIDERATION SHOULD BE GIVEN TO A FIXED INTRATHORACIC
AIRWAY OBSTRUCTION GIVEN THE SHAPE OF A FLOW VOLUME CURVE.  M
SMOULCEY

### Diary Review - Report

Claim # 270409108247     Name: ALAN WRIGHT

Status   Declined

[ACS1] - On 05/23/2005 13:01 - For 270409108247

OGC INDEX DCN 050526037053

[ACS1] - On 05/23/2005 16:44 - For 270409108247

Call-Up For: [U129] - On 05/23/2005   Call-Up Complete: [U129] - On 05/24/2005

MED/VGC INDEX DCN 050523027921

[UB42] - On 05/24/2005 13:04 - For 270409108247

Call-Up [U129] - On 05/25/2005   Call-Up Complete [U129] - On 05/26/2005

NC APPEAL CONSULTATION/RECOMMENDATION:
ASSESSMENT:
PLEASE SEE COMPLETE NC APPEAL REVIEW DATED 11-5-05. ORIGINAL APPEAL
WAS WITHDRAWN BY EE'S ATTORNEY AND HAS NOW BEEN REINSTATED WITH
ADDITIONAL MEDICAL RECORDS RECEIVED. MOST OF THE MEDICAL WAS DATED
SEVERAL YEARS AGO, HOWEVER THERE WAS CURRENT PFT TESTING PROVIDED
THAT DID SHOW A MODERATE SEVERITY IN RESTRICTIVE LUNG IMPAIRMENT AND
A VERY MILD AIRFLOW OBSTRUCTION PRESENT ON PULMONARY FUNCTION TESTS.
AP NOTES THAT IN ADDITION, CONSIDERATION SHOULD BE GIVEN TO A FIXED
INTRATHORACIC AIRWAY OBSTRUCTION GIVEN THE SHAPE OF A FLOW VOLUME
CURVE. PCP NOTES THAT EE HAS GAINED 21LBS AND THIS HAS COMPOUNDED
HIS CONDITION AND RESTRICTED EE'S ABILITY TO DO DAILY ACTIVITIES.
PCP NOTES THAT IN HIS PROFESSIONAL MEDICAL OPINION, THERE
IS ABSOLUTELY NO DOUBT THAT EE IS COMPLETELY AND PERMANENTLY
DISABLED AND UNABLE TO RETURN TO ANY FORM OF EMPLOYMENT WITHOUT
SERIOUS DANGER OF A LIFE THREATENING EVENT. CONSIDERING PCP
CONTINUES TO INDICATE THAT HE WILL NOT BE ABLE TO RTW AND DOES
INDICATE THAT EE CONTINUES WITH PSYCHOLOGICAL TX BY HIM, NC WOULD
STILL RECOMMEND A PFR TO REVIEW THIS NEW INFORMATION AND THE
ADDITIONAL MEDICAL SUBMITTED BY EE. PLEASE REFER THE FILE TO
PSYCHIATRY AND CARDIOLOGY AP'S. REQUEST THE IPC TO CONTACT EE'S
ATTENDING PHYSICIANS TO DISCUSS SEVERITY OF IMPAIRMENT AND TREATMENT
PLAN.
1. ARE SYMPTOMS AND IMPAIRMENTS SUBSTANTIATED BY OBJECTIVE CLINICAL
FINDINGS? CONT ON PAGE 2>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>.

[UB42] - On 05/24/2005 13:05 - For 270409108247

NC APPEAL REVIEW PAGE 2>>>>>>>>>>>>>>>>>>>>>>:
2. ARE IMPAIRMENTS SEVERE ENOUGH TO CAUSE FUNCTIONAL LIMITATIONS TO
SUPPORT EE'S INABILITY TO PERFORM SEDENTARY JOB DUTIES FROM 9-9-04
TO PRESENT?

3. DO YOU AGREE WITH EE'S PCP THAT HE IS UNABLE TO PERFORM ANY
OCCUPATION AT THIS TIME, AND THAT HE DOES NOT HAVE ANY POTENTIAL OF
RTW IN THE FUTURE?

4. (FOR PSYCHIATRIST) DO YOU FEEL THAT THE MEDICAL ON FILE SHOWS
THAT EE HAS A GLOBAL PSYCHIATRIC IMPAIRMENT PREVENTING HIM FROM
RETURNING TO WORK IN ANY CAPACITY?
CINDY PAPPAS RN.

[U129] - On 05/24/2005 17:59 - For 270409108247

MEDICAL INFO/DCN #050523027921:
COPY OF THE ATTY LETTER DATED 5/19/05, ALREADY REC'D. M SMOULLEY

[ACS1] - On 05/25/2005 10:16 - For 270409108247

Call-Up For [U129] - On 05/25/2005   Call-Up Complete: [U129] - On 05/26/2005

OTHER INDEX DCN 050524F08914

[U129] - On 05/25/2005 15:44 - For 270409108247

LETTER FROM ATTY REC'D/ DCN #050524F08914:
ATTY LETTER DATED 5/24/05. ATTY IS ACKNOWLEDGING OUR LETTER DATED

## Diary Review - Report

Claim # 270409108247      Name: ALAN WRIGHT

Status:  Declined

[U129] - On 05/25/2005 15.44 - For 270409108247

5/18/05.  ATTY WANTED TO ENSURE WE INCLUDED THE LETTER DATED 5/19/05
ALONG W/ OUR APPEAL REVIEW.  M SMOULCEY

[ACS1] - On 05/27/2005 16.27 - For 270409108247
Call-Up For  [U129] - On 05/27/2005   Call-Up Complete:  [U129] - On 05/31/2005
MED/VOC INDEX DCN 050527025230

[U129] - On 05/31/2005 08.34 - For 270409108247

DCN #050527025230 IS A DUPLICATE COPY OF THE ATTY LETTER DATED
5/24/05.  M SMOULCEY

[U129] - On 05/31/2005 08.37 - For 270409108247

APPEAL NOTE:
CLAIM WAS DISCUSSED WITH R. GAZZAL, SSM ALONG WITH MYSELF, M
SMOULCEY, DRS AND IT WAS DECIDED TO PURSUE JUST THE CARDIOLOGY PFR
AT THIS TIME.  SINCE WE HAVE NO MEDICAL DOCUMENTATION FROM A
PSYCHIATRIC STANDPOINT, NO NEED TO REFER TO PSYCH IPC. M SMOULCEY,
DRS.

[U129] - On 05/31/2005 13.00 - For 270409108247
Call-Up For  [U129] - On 06/16/2005   Call-Up Complete  [U129] - On 06/21/2005
APPEAL HAS BEEN REFERRED FOR A PFR.
REQUESTED CLAIM TO BE REVIEWED BY A CARDIOLOGIST AND A
TELECONFERENCE BE PERFORMED W/ BOTH, DR BARNETT AND DR CITRON. M
SMOULCEY

[U003] - On 06/01/2005 14.17 - For 270409108247

PFR SENT TO NMR

[U003] - On 06/01/2005 14.17 - For 270409108247
Call-Up For  [U003] - On 06/03/2005   Call-Up Complete:  [U003] - On 06/02/2005
F/U PFR DTE NMR

[ACS1] - On 06/02/2005 13.14 - For 270409108247

MED/VOC INDEX DCN 050602043461

[U003] - On 06/02/2005 15.26 - For 270409108247
Call-Up For  [U129] - On 06/03/2005   Call-Up Complete  [U129] - On 06/06/2005
EXPECTED DATE OF COMPLETION IS 6/16/05

[U003] - On 06/02/2005 15.26 - For 270409108247
Call-Up For  [U003] - On 06/16/2005   Call-Up Complete  [U003] - On 06/17/2005
F/U REPORT NMR

[ACS1] - On 06/17/2005 09.49 - For 270409108247
Call-Up For  [U129] - On 06/17/2005   Call-Up Complete:  [U129] - On 06/21/2005
MED/VOC INDEX DCN 050616F08462

[U129] - On 06/23/2005 13.51 - For 270409108247

PFR REPORT RECEIVED:
CLAIM WAS REVIEWED BY MICHAEL ROSENBERG; BOARD CERTIFIED IN INTERNAL
MEDICINE AND CARDIOLOGY AS WELL AS INTERVENTIONAL CARDIOLOGY.
REPORT INDICATES THAT FROM A CARDIOVASCULAR STANDPOINT, HE HAS
MINIMAL TO NO IMPAIRMENT ON THE BASIS OF OBJECTIVE FINDINGS.  LEFT
VENTRICULAR FUNCTION IS WELL PRESERVED; NO EVIDENCE OF RIGHT HEART
FAILURE IS DESCRIBED.  THERE IS NO EVIDENCE OF SIGNIFICANT RHYTHM
DISTURBANCE, AND ALTHOUGH MR WRIGHT DOES COMPLAIN OF CHEST

ML/WRIGHT0120

Diary Review - Report

Claim #: 270409108247     Name:  ALAN WRIGHT

Status   Declined

[U129] - On 06/23/2005 13 51 - For 270409108247

DISCOMFORT. THIS IS LARGELY CHEST WALL PAIN.  NO EVIDENCE OF
MYOCARDIAL ISCHEMIA IS DEMONSTRATED FOLLOWING REVASCULARIZATION.
THEREFORE, FROM A PURELY CARDIOVASCULAR STANDPOINT, THERE ARE NO
SPECIFIC LIMITIONS OF FUNCTION RELATED TO EE'S IMPAIRMENTS. MORBID
OBESITY, DECONDITIONING, AND SEVERE ANXIETY/DEPRESSION WITH
INABILITY TO HANDLE STRESS MAY POSE SIGNIFICANT LIMITATIONS FOR EE,
BUT NONE OF THESE ARE DIRECTLY CARDIOVASCULAR IN NATURE. THERE ARE
NO SPECIFIC SAFETY RESTRICTIONS TO BE IMPOSED ON EE DUE TO
CARDIOVASCULAR DISEASE.  A TELECONFERENCE WAS CONDUCTED W/ THE
CITRON, THE TREATING CARDIOLOGIST. DR CITRON WAS QUITE CONVERSANT W/
INFORMATION REGARDING EE, AS HE HAS CARED FOR EE FOR MANY YEARS.
THEY DISCUSSED EE'S MEDICAL PROBLEMS AND AGREED THAT EE HAS NEAR
NORMAL LEFT VENTRICULAR FUNCTION, NO EVIDENCE OF MYOCARDIAL
ISCHEMIA, AND INDICATIONS ARE STABLE FROM A CARDIOLOGIST STANDPOINT
AT PRESENT.  DR CITRON THEN SHARED THAT OTHER COMORBIDITIES, SUCH AS
EE'S MORBID OBESITY AND RESTRICTED LUNG VOLUMES, AS WELL AS HIS
ANXIETY AND DEPRESSION, ARE IMPORTANT FACTORS TO CONSIDER, (CON'T)

[U129] - On 06/23/2005 14:11 - For 270409108247

PFR REPORT CON'T
WITH WHICH THIS REVIEWER WOULD CONCUR. FINALLY, ON A CARDIOVASCULAR
BASIS, BOTH DR CITRON AND PFR DOCTOR, CONCLUDED THAT EE ON THE BASIS
OF AVAILABLE OBJECTIVE MEDICAL INFORMATION, CANNOT BE STATED TO BE
TOTALLY UNABLE TO WORK.  A CALL WAS THEN MADE TO DR BARNETT, EE'S
FP. DR BARNETT WAS VERY CONVERSANT W/ EE'S MEDICAL CONDITION. PFR
DOCTOR INFORMED HIM THAT HE HAD ALREADY SPOKEN TO DR CITRON AND
REVIEWED THE MEDICAL RECORD W/ HIM. THEY BOTH AGREED THAT EE HAS
MORBID OBESITY, AND AS A CONSEQUENCE IS SEVERELY DECONDITIONED AND
HAS A RESTRICTIVE LUNG DEFECT.  HE HAS ALSO EXPERIENCED ANXIETY AND
DEPRESSION.  AS REGARDS TO HIS CARDIO STANDPOINT, IT WAS DR
BARNETT'S FEELING THAT EE DOES HAVE A MILD ISCHEMIC CARDIOMYOPATHY,
BUT THAT HE DID NOT HAVE ANY FURTHER INFORMATION THAT WOULD QUALIFY
IT AS DISABLING. DR BARNETT DID STATE THAT WHEN IN THE WORKPLACE, EE
HAD COMPLAINTS OF CHEST DISCOMFORT, AT LEAST SOME OF WHICH WAS
RELATED TO THE NONUNION OF THE STERNUM.  THEY DISCUSSED THE
POSSIBILITY THAT IF EE STILL FEELS UNABLE TO WORK,
PULMONARY/RESTRICTIVE LUNG DISEASE OR ANXIETY/DEPRESSION
PERSPECTIVES MAY BE MORE RELEVANT THAT CARDIO. ISSUES IN THIS CASE.
M SMOULCEY, DRS.

[U129] - On 06/23/2005 14:59 - For 270409108247

Call-Up For  [U129] - On 06/30/2005    Call-Up Complete: [U129] - On 06/29/2005

APPEAL NOTE:
PFR REPORT HAS BEEN SENT TO BOTH DR CITRON AND DR BARNETT FOR THEIR
REVIEW AND TO PROVIDE ANY COMMENTS AS SOON AS POSSIBLE. M SMOULCEY

[ACS1] - On 06/27/2005 17:00 - For 270409108247

OGC INDEX DCN 050627058794

[ACS1] - On 06/27/2005 17:00 - For 270409108247

OGC INDEX DCN 050627058795

[U129] - On 06/30/2005 17 15 - For 270409108247

APPEAL DETERMINATION BY APPEAL UNIT ON 06/30/2005:
CLAIM FOR SHORT TERM DISABILITY BENEFITS HAS BEEN UPHELD. BASED ON A
REVIEW OF THE INFORMATION CONTAINED IN EE'S CLAIM FILE, WE HAVE
DETERMINED THAT THE INFORMATION DOES NOT SUPPORT THE SEVERITY OF A
CONDITION THAT WOULD RENDER EE UNABLE TO PERFORM HIS JOB DUTIES.
THE MEDICAL DOCUMENTATION INDICATES THAT EE RETAINS NEARLY NORMAL
LEFT VENTRICULAR FUNCTION, NO EVIDENCE OF MYOCARDIAL ISCHEMIA AND
HAS NO SIGNIFICANT RHYTHM DISTURBANCES AND HAS NOT BEEN SHOWN UNABLE

ML/WRIGHT0121

**Diary Review - Report**

Claim #: 270409108247    Name: ALAN WRIGHT

Status: Declined

[U129] - On 06/30/2005 17 15 - For 270409108247

TO WORK. EE'S LIMITATIONS ARE PREDOMINANTLY RELATED TO MORBID
OBESITY, ANXIETY AND DEPRESSION. FURTHERMORE, EE HAS BEEN TREATED
FOR ANXIETY AND DEPRESSION. HOWEVER, HAS NOT HAD ONGOING
PSYCHIATRIC CARE. FROM A CARDIOVASCULAR STANDPOINT, SYMPTOMS AND
IMPAIRMENTS ARE NOT SUBSTANTIATED BY OBJECTIVE CLINICAL FINDINGS.
THE MEDICAL INFORMATION PROVIDED DOES NOT SUPPORT THE SEVERITY OF
IMPAIRMENT THAT WOULD RENDER EE TOTALLY DISABLED AND UNABLE TO
PERFORM THE ESSENTIAL ELEMENTS OF HIS JOB. UPHOLD LETTER SENT TO
ATTY. M SMOULCEY

[ACS1] - On 07/06/2005 16:27 - For 270409108247

CGC INDEX DCN 050705057189

[ACS1] - On 07/07/2005 11 45 - For 270409108247
Call-Up For: [U129] - On 07/07/2005   Call-Up Complete: [U129] - On 07/11/2005
OTHER INDEX DCN 050706F080:4

[U129] - On 07/11/2005 11:53 - For 270409108247

LETTER FROM ATTY; DATED 7/6/05:
INDICATES THAT ATTY HAS THE LETTER DATED 6/30/05 DENYING EE'S
APPEAL. LETTER STATES THAT UPON REQUEST METLIFE WILL PROVIDE A COPY
OF DOCUMENTS, RECORDS, OR OTHER INFORMATION WHICH WE HAVE THAT ARE
RELEVANT TO THE CLAIM AND IDENTIFY ANY MEDICAL OR VOCATIONAL EXPERTS
WHOSE ADVICE WAS OBTAINED IN CONNECTION THE CLAIM. ATTY ASKS THAT WE
PROVIDE ALL SUCH INFORMATION AT THE EARLIEST POSSIBLE TIME. M
SMOULCEY

[ACS1] - On 07/11/2005 16 33 - For 270409108247
Call-Up For: [U129] - On 07/11/2005   Call-Up Complete: [U129] - On 07/14/2005
APPEAL MAIL DCN 050711051801

[U129] - On 07/14/2005 15 43 - For 270409108247

REPLY SENT TO ATTY:
ENTIRE CLAIM FILE SENT TO ATTY. M SMOULCEY

[ACS1] - On 07/19/2005 17 25 - For 270409108247

CGC INDEX DCN 050718055914

[U453] - On 11/10/2005 12 43 - For 270409108247
Call-Up For: [U086] - On 11/10/2005   Call-Up Complete: [UE47] - On 11/10/2005
REFERRAL TO CLAIM SUPPORT UNIT FOR PHOTOCOPYING ALL DOCUMENTS FROM
ACS. ANY QUESTIONS, PLEASE CALL X6207. F.ANDERSON

[U453] - On 11/10/2005 12 44 - For 270409108247

APPEAL FOLLOWUP--CLAIM HAS NOW GONE INTO LITIGATION AND NOTHING
FURTHER SHOULD BE DONE ON THIS CLAIM WITH CONSULTING THE METLIFE LAW
DEPARTMENT. F.ANDERSON

181 Diaries Found

ML/WRIGHT0122

# Exhibits to Statement of Facts in Support of Defendant's Motion for Summary Judgment

# Wright v. Raytheon
# CIV 05-604 TUC CKJ (JCG)

# EXHIBIT 2

## Employer Statement of Job Demands #27 04081601788 47

| | | | |
|---|---|---|---|
| Employee: | Alan D. Wright | Supervisor: | William R. Berry |
| Phone # | (520) 794-8586 | Phone # | (520) 794-7585 |
| Job Title | Senior Industrial Security Specialist | Completed By: | William R. Berry |
| Claim No.: | | Date Completed: | September 13, 2004 |

**Brief description of essential job duties performed on a typical day:**

Administrative work only.  Data entries into personal computer, reviewing forms, phone calls, filing, etc.

Please rate the physical demands of the job based on the following criteria for an 8-hour shift:

N–Never – 0%                O–Occasional – ≤ 2 ½ hrs. or 6-33%            C–Constant – ≥ 5 ½ hrs or 67-100%
L–Limited – ≤ 30 mins or 1-5%      F–Frequent – ≤ 5 ½ hrs. or 34-66%

| ACTIVITY | Never | Limited | Occasional | Frequent | Constant | COMMENTS |
|---|---|---|---|---|---|---|
| **LIFTING / CARRYING:** Please indicate items lifted/carry in the comment sections.  Please indicate if carts, mechanical lifting devices, 2 person lifts or assistance is provided / available. | | | | | | |
| < 10 LBS      Distance | X | | | | | |
| 10–20 LBS    Distance | X | | | | | |
| 21–35 LBS    Distance | X | | | | | |
| 36–50 LBS    Distance | X | | | | | |
| 51–75 LBS    Distance | X | | | | | |
| > 75 LBS     Distance | X | | | | | |
| **REPETITIVE TASKS:** Please use comment sections to indicate if demand for repetitive task is forceful. | | | | | | |
| Pushing | X | | | | | |
| Pulling | X | | | | | |
| Twisting with Hand/Wrist | X | | | | | |
| Turning with Arm/Shoulder | X | | | | | |
| Pinching | X | | | | | |
| Grasping | X | | | | | |
| Climbing: Please Circle: STAIRS/ LADDERS/ SCAFFOLDING | X | | | | | Indicate # of stairs and height of ladder and scaffolding |
| Sitting | | | | | X | |
| Standing | | X | | | | Reviewing files at file cabinet |
| Walking required by Job | | X | | | | From desk to file cabinet (50 feet) |
| Bending at Waist Level | | X | | | | Removing files from lower shelf |
| Turning or Twisting Torso | X | | | | | |
| Reaching above Shoulder Level | | X | | | | Removing files from file cabinet |
| Reaching out with Arms Extended | X | | | | | |
| Kneeling | X | | | | | |
| Crawling | X | | | | | |
| Working with High Voltage Equipment | X | | | | | Equipment Used: |
| Working with Chemicals | X | | | | | |
| Computer Use | | | | | X | |
| Driving | X | | | | | Circle vehicle type:  Heavy / Light |

**Describe environmental conditions of the job and other physical requirements not described above:**

Works at desk in air conditioned office space.

**What type of job accommodations are possible?**

None

ML/WRIGHT 0137